# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-704-583**

**Effective date of registration:**

July 10, 2013

---

## Title
- **Title of Work:** The Expendables 3
- **Nature of Work:** motion picture screenplay

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** Double Life Productions, Inc
- **Author Created:** entire screenplay
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Ex3 Productions, Inc.
  3 18 N. Carson St # 208, Carson City, NV, 89701
- **Transfer Statement:** By Assignment agreement

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Rick Eyler