| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| LARRY W. McFARLAND (State Bar No. 129668) |
| LMcFarland@kilpatricktownsend.com |
| DENNIS L. WILSON (State Bar No. 155407) |
| DWilson@kilpatricktownsend.com |
| CHRISTOPHER T. VARAS (State Bar No. 257080) |
| CVaras@kilpatricktownsend.com |
| KILPATRICK TOWNSEND & STOCKTON LLP |
| 9720 Wilshire Blvd PH, Beverly Hills, CA 90212-2018 |
| Telephone: (310) 248-3830; Fax: (310) 860-0363 |
| ATTORNEY(S) FOR: LIONS GATE FILMS INC. |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lions Gate Films Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Lions Gate Films Inc._____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Lions Gate Entertainment Corp. | Parent of Plaintiff Lions Gate Films Inc. (Publicly Traded) |

July 31, 2014
Date

/s/ Dennis L. Wilson
Signature

Attorney of record for (or name of party appearing in pro per):

Lions Gate Films Inc.