KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:  310-248-3830
Facsimile:   310-860-0363

JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone:  212-775-8700
Facsimile:  212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., | Case No. 2:14-cv-06033-MMM-AGR |
| Plaintiff, | |
| v. | ***EX PARTE* APPLICATION FOR: TEMPORARY RESTRAINING ORDER; ASSET RESTRAINING ORDER; AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al.*, | |
| Defendants. | |

1

2      Pursuant to Federal Rules of Civil Procedure 64 and 65 and Local Rules 7-19

3  and 65-1, plaintiff Lions Gate Films Inc. ("Lions Gate" or "Plaintiff") hereby

4  applies *ex parte* for:  a temporary restraining order; an asset restraining order; and an

5  order to show cause why a preliminary injunction should not issue.

6      By this application, Lions Gate respectfully requests immediate relief to

7  ensure that defendants John Does 1-10 inclusive ("Defendants") cannot continue to

8  infringe Lions Gate's invaluable intellectual property rights by distributing

9  unauthorized copies of the as-yet unreleased feature film "The Expendables 3" (the

10  "Film").

11      Specifically, Lions Gate requests that the Court enter a temporary restraining

12  order enjoining Defendants and their officers, agents, servants, employees, attorneys

13  and all other persons who are in active concert or participation with any of them

14  from continuing to infringe Lions Gate's exclusive rights in the Film and from

15  operating the websites on which such infringement is presently occurring, as set

16  forth in further detail in the proposed order lodged herewith (the "Proposed Order").

17  Lions Gate also requests that the Court enter an order freezing Defendants' assets as

18  set forth in the Proposed Order.

19      Lions Gate also requests that the Court an order to show cause why a

20  preliminary injunction incorporating the terms of the temporary restraining order

21  and asset restraining order should not be issued, and that the Court set a hearing on

22  Lions Gate's request for a preliminary injunction at the earliest possible time

23      Lions Gate has not yet been able to verify Defendants' true names and

24  locations.  To Lions Gate's knowledge none of Defendants are represented by

25  //

26  //

27  //

28  //

EX PARTE APPLICATION                                                    - 2 -
CASE NO. 2:14-CV-06033-MMM-AGR

counsel.  Lions Gate gave Defendants notice of this application by electronic mail on August 1, 2014 as set forth in the Declaration of Christopher Varas submitted herewith.  As of this filing none of Defendants had responded to that notice.

DATED:  August 1, 2014         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:    /s/ Dennis L. Wilson
       DENNIS L. WILSON

Attorneys for Plaintiff
Lions Gate Films Inc.