KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: 212-775-8700
Facsimile: 212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

LIONS GATE FILMS INC.,

Plaintiff,

v.

JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al.*,

Defendants.

Case No. 2:14-cv-06033-MMM-AGR

**DECLARATION OF CHRISTOPHER VARAS**

I, Christopher Varas, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am an attorney with the law firm of Kilpatrick Townsend & Stockton LLP, counsel to plaintiff Lions Gate Films Inc. in this matter. I have personal knowledge of the facts stated herein and would testify competently thereto if called upon to do so.

2. Attached hereto as **Exhibit A** are true and correct copies of emails I sent to the defendants in this matter on August 1, 2014.

3. The email address kof_javed@hotmail.com is specified as the email address for the registrant of <limetorrents.com> in the Internet WHOIS database. A true and correct copy of the database information from the website <centralops.net> is attached hereto as **Exhibit B**.

4. The email address dmca@billionuploads.com is identified on the website <billionuploads.com> as a working email address used to contact the operator(s) of that site. A true and correct screen capture of the relevant page of the website is attached hereto as **Exhibit C**.

5. The email address abuse@hulkfile.com is identified on the website <hulkfile.eu> as a working email address used to contact the operator(s) of that site. A true and correct screen capture of the relevant page of the website is attached hereto as **Exhibit D**. The domain name <hulkfile.com> redirects to <hulkfile.eu>.

6. The email address dmca@played.to is identified on the website <played.to> as a working email address used to contact the operator(s) of that site. A true and correct screen capture of the relevant page of the website is attached hereto as **Exhibit E**.

7. The email address swankshare@gmail.com is specified as the email address for the registrant of <swankshare.com> in the Internet WHOIS database. A true and correct copy of the database information from the website <centralops.net> is attached hereto as **Exhibit F.**

8. The email address DOTSEMPER.COM@domainsbyproxy.com is specified as the email address used to contact the registrant of <dotsemper.com> in the Internet WHOIS database. A true and correct copy of the database information from the website <centralops.net> is attached hereto as **Exhibit G.**

9. To my knowledge, none of the defendants in this matter are represented by counsel.

Executed this 1st day of August, 2014 at Seattle, WA

______________________________

Christopher Varas

DECLARATION OF CHRISTOPHER VARAS
CASE NO. 2:14-CV-06033-MMM-AGR
- 3 -