# EXHIBIT A

## Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Friday, August 01, 2014 6:57 PM |
| **To:** | 'kof_javed@hotmail.com' |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate v. Does 1-10 Complaint.pdf; Lions Gate v. Does 1-10 Proposed TRO, ARO & OSC.pdf |
| **Importance:** | High |

Dear Sir or Madam:

You have been named as a defendant in the matter of *Lions Gate Films Inc. v. John Does 1-10* in the United States District Court for the Central District of California, Case No. 2:14-cv-06033-MMM-AGR (the "Action").  A copy of Lions Gate's complaint in the Action is attached for your reference.

This serves as notice that Lions Gate will be filing <u>today</u> an ***ex parte* application** with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

The Action has been assigned to the Honorable Margret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Friday, August 01, 2014 6:58 PM |
| **To:** | 'dmca@billionuploads.com' |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate v. Does 1-10 Complaint.pdf; Lions Gate v. Does 1-10 Proposed TRO, ARO & OSC.pdf |
| **Importance:** | High |

Dear Sir or Madam:

You have been named as a defendant in the matter of *Lions Gate Films Inc. v. John Does 1-10* in the United States District Court for the Central District of California, Case No. 2:14-cv-06033-MMM-AGR (the "Action").  A copy of Lions Gate's complaint in the Action is attached for your reference.

This serves as notice that Lions Gate will be filing <u>today</u> an ***ex parte* application** with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

The Action has been assigned to the Honorable Margret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

## Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Friday, August 01, 2014 6:59 PM |
| **To:** | 'abuse@hulkfile.com' |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate v. Does 1-10 Complaint.pdf; Lions Gate v. Does 1-10 Proposed TRO, ARO & OSC.pdf |

**Importance:** High

Dear Sir or Madam:

You have been named as a defendant in the matter of *Lions Gate Films Inc. v. John Does 1-10* in the United States District Court for the Central District of California, Case No. 2:14-cv-06033-MMM-AGR (the "Action").  A copy of Lions Gate's complaint in the Action is attached for your reference.

This serves as notice that Lions Gate will be filing <u>today</u> an ***ex parte* application** with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

The Action has been assigned to the Honorable Margret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:   http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

# Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Friday, August 01, 2014 7:00 PM |
| **To:** | 'dmca@played.to' |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate v. Does 1-10 Complaint.pdf; Lions Gate v. Does 1-10 Proposed TRO, ARO & OSC.pdf |
| **Importance:** | High |

Dear Sir or Madam:

You have been named as a defendant in the matter of *Lions Gate Films Inc. v. John Does 1-10* in the United States District Court for the Central District of California, Case No. 2:14-cv-06033-MMM-AGR (the "Action"). A copy of Lions Gate's complaint in the Action is attached for your reference.

This serves as notice that Lions Gate will be filing <u>today</u> an ***ex parte* application** with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

The Action has been assigned to the Honorable Margret M. Morrow in the Western Division of the Central District of California. Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States. Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

# Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Friday, August 01, 2014 7:01 PM |
| **To:** | 'swankshare@gmail.com' |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate v. Does 1-10 Complaint.pdf; Lions Gate v. Does 1-10 Proposed TRO, ARO & OSC.pdf |
| **Importance:** | High |

Dear Sir or Madam:

You have been named as a defendant in the matter of *Lions Gate Films Inc. v. John Does 1-10* in the United States District Court for the Central District of California, Case No. 2:14-cv-06033-MMM-AGR (the "Action"). A copy of Lions Gate's complaint in the Action is attached for your reference.

This serves as notice that Lions Gate will be filing today an ***ex parte* application** with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

The Action has been assigned to the Honorable Margret M. Morrow in the Western Division of the Central District of California. Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States. Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

# Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Friday, August 01, 2014 7:02 PM |
| **To:** | 'DOTSEMPER.COM@domainsbyproxy.com' |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate v. Does 1-10 Complaint.pdf; Lions Gate v. Does 1-10 Proposed TRO, ARO & OSC.pdf |

**Importance:** High

Dear Sir or Madam:

You have been named as a defendant in the matter of *Lions Gate Films Inc. v. John Does 1-10* in the United States District Court for the Central District of California, Case No. 2:14-cv-06033-MMM-AGR (the "Action"). A copy of Lions Gate's complaint in the Action is attached for your reference.

This serves as notice that Lions Gate will be filing today an ***ex parte* application** with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

The Action has been assigned to the Honorable Margret M. Morrow in the Western Division of the Central District of California. Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States. Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard