# EXHIBIT B

# Domain Dossier  Investigate domains and IP addresses

domain or IP address  limetorrents.com

☑ domain whois record    ☐ DNS records    ☐ traceroute

☐ network whois record    ☐ service scan    [go]

user: anonymous [12.1.41.226]
balance: 10 units
log in | account info

CentralOps.net

## Address lookup

canonical name  **limetorrents.com.**

aliases

addresses  **2400:cb00:2048:1::681c:b45**
**2400:cb00:2048:1::681c:a45**
**104.28.11.69**
**104.28.10.69**

## Domain Whois record

Queried **whois.internic.net** with "**dom limetorrents.com**"...

```
   Domain Name: LIMETORRENTS.COM
   Registrar: ENOM, INC.
   Whois Server: whois.enom.com
   Referral URL: http://www.enom.com
   Name Server: LEAH.NS.CLOUDFLARE.COM
   Name Server: WALT.NS.CLOUDFLARE.COM
   Status: clientTransferProhibited
   Updated Date: 17-oct-2013
   Creation Date: 09-jul-2009
   Expiration Date: 09-jul-2017

>>> Last update of whois database: Fri, 01 Aug 2014 22:02:44 UTC <<<
```

Queried **whois.enom.com** with "**limetorrents.com**"...

```
Domain Name: LIMETORRENTS.COM
Registry Domain ID: 1561799175_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2011-04-27 00:09:02Z
Creation Date: 2009-07-09 09:46:00Z
Registrar Registration Expiration Date: 2017-07-09 09:46:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited
```

```
Registry Registrant ID:
Registrant Name: MUHAMMAD JAVED ASHRAF
Registrant Organization: IWEBSPRO
Registrant Street: 428-N, SAMANABAD
Registrant City: LAHORE
Registrant State/Province: PUNJAB
Registrant Postal Code: 54700
Registrant Country: PK
Registrant Phone: +92.3238439646
Registrant Phone Ext:
Registrant Fax: +1.5555555555
Registrant Fax Ext:
Registrant Email: KOF_JAVED@HOTMAIL.COM
Registry Admin ID:
Admin Name: MUHAMMAD JAVED ASHRAF
Admin Organization: IWEBSPRO
Admin Street: 428-N, SAMANABAD
Admin City: LAHORE
Admin State/Province: PUNJAB
Admin Postal Code: 54700
Admin Country: PK
Admin Phone: +92.3238439646
Admin Phone Ext:
Admin Fax: +1.5555555555
Admin Fax Ext:
Admin Email: KOF_JAVED@HOTMAIL.COM
Registry Tech ID:
Tech Name: MUHAMMAD JAVED ASHRAF
Tech Organization: IWEBSPRO
Tech Street: 428-N, SAMANABAD
Tech City: LAHORE
Tech State/Province: PUNJAB
Tech Postal Code: 54700
Tech Country: PK
Tech Phone: +92.3238439646
Tech Phone Ext:
Tech Fax: +1.5555555555
Tech Fax Ext:
Tech Email: KOF_JAVED@HOTMAIL.COM
Name Server: LEAH.NS.CLOUDFLARE.COM
Name Server: WALT.NS.CLOUDFLARE.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2011-04-27 00:09:02Z
```

-- end --
URL for this output  |  return to CentralOps.net, a service of Hexillion