# EXHIBIT C

Billion Uploads(/)

# Digital Millennium Copyright Act Policy

BillionUploads.com is an Online Service Provider under Title II of the Digital Millennium Copyright Act, 17 U.S.C. Section 512 ("DMCA"). BillionUploads.com respects the legitimate rights of copyright owners, and has adopted an efficient notice and takedown procedure as required by the DMCA and described herein.

## Notice to Owners of Copyrighted Works

The DMCA provides a legal procedure by which you can request any Online Service Provider to disable access to a website where your copyrighted work(s) are appearing without your permission. There are two parts to the legal procedure: (1) Writing a Proper DMCA Notice, and (2) Sending the Proper DMCA Notice to BillionUploads.com's Designated Agent.

## How to Write a Proper DMCA Notice

A Proper DMCA Notice will notify BillionUploads.com of particular facts in a document signed under penalty of perjury. We refer to this as a "Proper DMCA Notice." To Write a Proper DMCA notice, please provide the following information:

1. Identify yourself as either:

    1. The owner of a copyrighted work(s), or

    2. A person "authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

2. State your contact information, including your TRUE NAME, street address, telephone number, and email address.

3. Identify the copyrighted work that you believe is being infringed, or if a large number of works are appearing at a single website, a representative list of the works.

4. Identify the material that you claim is infringing your copyrighted work, to which you are requesting that BillionUploads.com disable access over the World Wide Web.

5. Identify the location of the material on the World Wide Web by providing "information reasonably sufficient to permit BillionUploads.com to locate the material."

6. State that you have "a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law."

7. State that the information in the notice is accurate, under penalty of perjury.

8. Sign the notice with either a physical or electronic signature.

## Sending The Proper DMCA Notice to the Designated Agent

To exercise your DMCA rights, you must send your Proper DMCA Notice to the following agent designated by BillionUploads.com (the "Designated Agent".) The contact information for BillionUploads.com's Designated Agent is:

Email: dmca@BillionUploads.com (mailto:dmca@BillionUploads.com)

## What We Do When We Receive A Proper DMCA Notice

BillionUploads.com will follow the procedures provided in the DCMA, which prescribed a notice and takedown procedure, subject to the webmaster's right to submit a Counter-notification claiming lawful use of the disabled works.

## Notice and Takedown Procedure

It is expected that all users of any part of the BillionUploads.com system will comply with applicable copyright laws. However, if BillionUploads.com is notified of claimed copyright infringement, or otherwise becomes aware of facts and circumstances from which infringement is apparent, it will respond expeditiously by removing, or disabling access to, the material that is claimed to be infringing or to be the subject of infringing activity. BillionUploads.com will comply with the appropriate provisions of the DMCA in the event a counter notification is received by its Designated Agent.

## Notice to Users of BillionUploads.com Systems

Pursuant to the Terms of Service Agreement you agreed to when you were permitted to become a System User, you are required to use only lawfully-acquired creative works as website content, and your website may be disabled upon receipt of notice that infringing material is appearing there. BillionUploads.com also respects the legitimate interests of webmasters in utilizing media content lawfully, being permitted to present a response to claims of infringement, and obtaining timely restoration of access to a website that has been disabled due to a copyright complaint.

Your System Use privileges will also be suspended. You may protest a DMCA notice by submitting a Counter-notification as described below.

## Writing and Submitting a Counter-notification

If access to your website is disabled due to operation of the BillionUploads.com notice and takedown procedure described above, and you believe the takedown was improper, you must submit a Counter-notification.

## Writing a Counter-notification

To Write a Proper Counter-notification, please provide the following information:

1. State that access to your website was disabled due to operation of the notice and takedown procedure.

2. Identify the material that has been removed and designate its URL prior to removal.

3. State, under penalty of perjury:

   - Your name, address, and telephone number,
   - That you "have a good faith belief that the material was removed or disabled as result of mistake or misidentification of the material,"
   - That you "consent to the jurisdiction of the Federal District Court for the judicial district in which the address is located."

## Sending the Counter-notification

To exercise your DMCA rights, you must send your Counter-notification to the "Designated Agent" for BillionUploads.com, whose contact information is:

Email: dmca@BillionUploads.com (mailto:dmca@BillionUploads.com)

## Repeat Infringers

If a customer is violating the Company's DMCA Policy or any of the Terms & Conditions, they will be subject to immediate termination. Furthermore, repeat infringers will not be tolerated.

## Policy With Regard To Non-Compliant Communications

BillionUploads.com has discretion to handle non-compliant notices in whatever manner appears to be reasonable given the circumstances presented.

## Submission of Misleading Information

The submission of misleading information of any sort in a notification or counter-notification submitted to BillionUploads.com voids any claim of right made by the submitting party.

## For more information about DMCA click here (http://www.copyright.gov/legislation/dmca.pdf)

## For further information or any other question please contact us (http://billionuploads.com/contact.html)

.

## The Billion Uploads Difference

| | | |
|---|---|---|
| Amazing Download speed |  Password protection<br>Keep your files safe! protect files easily with password. |  File Management<br>Organize your files into folders, move files and email your links to your friends. |
|  Instant Downloads Without Waiting |  FTP Uploads |  Mobile Site |
|  Simultaneous Downloads |  No Limitations<br>All users have no limitations on uploading or downloading files. | Resume Support<br>Our users can resume broken downloads. |

(/contact.html)

## About Us

Home (/)

FAQ (/faq.html)

Terms Of Service (/tos.html)

DMCA (/pages/dmca.html)

Contact Us (/contact.html)