# EXHIBIT E

 (http://played.to/)        Login (add (http://played.to/?op=login)/?op=upload) Sign up (http://played.to/?op=registration)

# DMCA

This policy is intended to implement the procedures set forth in 17 U.S.C. Section 512 and the Digital Millennium Copyright Act ("DMCA") for the reporting of alleged copyright infringement. It is the policy of PLAYED.TO (www.played.to) to respect the legitimate rights of copyright owners, their agents, and representatives. The following applies to any and all copyright/trademark and owners of intellectual property interested in utilizing this procedure, as well as service users interested in restoring access to the material mistakenly taken down. The DMCA provides a legal procedure by which you can request any Internet Service Provider to disable access to a website where your copyrighted work(s) are appearing without your permission/authorization. The legal procedure consists of two parts: (1) Completing a Proper DMCA Notice, and (2) Sending the Proper DMCA Notice to PLAYED.TO's Designated DMCA Agent.

Designated agent
All claims of copyright infringement on or regarding this website should be delivered to PLAYED.TO's Designated DMCA Agent.
This form should be used only for copyright infringement reports - if the submitted letter is not related to a copyright question, you will not receive a reply from us. Upon receipt of proper notification of claimed infringement, PLAYED.TO will follow the procedures outlined herein and in the DMCA.
To complete a proper DMCA notice, provide the following information:1. Identify yourself as an owner of copyrighted work or exclusive rights that you believe are infringed, or a person acting on behalf of such owner. 2. Provide information reasonably sufficient to permit PLAYED.TO to contact you namely, such as name, address, phone number and e-mail address. 3. Specify the copyrighted work that you believe is being infringed, or if a large number of works are being infringed, a representative list of the works. 4. Identify the location of materials that are infringing your copyrighted work, by providing web URLs on PLAYED.TO site that contain these materials. Please do not send attached images, pdf or other file formats files, but only a list with PLAYED.TO web URLs. Providing all URLs in the letter body is the best way to help us process your request quickly. 5. State that you have "a good faith belief that use of the aforementioned material is not authorized by the copyright owner, its agents, or the law". 6. State that the information in the notice is accurate, under penalty of perjury. To do so, include the following statement: "I swear, under penalty of perjury, that the information in the notification is accurate and that I am the (copyright) owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed". 7. Sign the notice. If you are providing notice by e-mail, a scanned physical signature or a valid electronic signature will be accepted.
Failure to include all of the above information may result in a delay of the processing of the DMCA notification. Please note that under Section 512(f) of the DMCA, any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability.

Notice and Takedown Procedure
If PLAYED.TO receives proper notification of claimed copyright infringement it will respond expeditiously by removing, or disabling access to, the material that is claimed to be infringing or to be the subject of infringing activity. Please note that PLAYED.TO will not necessarily send a confirmation about the takedown actions to the reporter.

Counter Notification
If users submitting or downloading materials believe that their use of materials was lawful, they have the right of sending a Proper Counter Notification in order to restore access to these materials. PLAYED.TO will comply with the appropriate provisions of the DMCA in the event a counter notification is received by its Designated Agent. All claims on or regarding this website should be delivered to to PLAYED.TO's Designated DMCA Agent.

Accommodation of Standard Technical Measures
It is the policy of PLAYED.TO to accommodate and not interfere with standard technical measures it determines are reasonable under the circumstances, i.e. technical measures that are used by copyright owners to identify or protect copyrighted works.

Repeat Infringer Policy
After one instance of infringement, PLAYED.TO will terminate authorization of users of its system or network.

DMCA AGENT
Played.to Limited
Email: dmca (at) played.to
Please also note that under applicable law, 17 U.S.C. 512 (f), any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability.

()



Home (http://played.to/)   FAQ (http://played.to/faq.html)   Rewards (http://played.to/make_money.html)   Contact Us (http://played.to/contact.html)   Privacy (http://played.to/privacy.html)   DMCA (http://played.to/dmca.html)   TOS (http://played.to/tos.html)
© 2014 PLAYED.TO. All rights reserved. Privacy policy.

(https://twitter.com/playedto)