# EXHIBIT B



## Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



No.   **1-QVTXDT**

**Date: 7/29/2014 9:52:07 AM**

### Received

| | | |
|---|---|---|
| Form(s): | **1 PA Form** | ☐ Search Report |
| Deposit Count: | 1 | ☐ Search |
| Piece Count: | 2 | ☐ Retrieval |
| Type of Deposit: | **Synopsis and CD** | ☐ Correspondence |
| Other Enclosures: | **1 cover letter & 1 Additional Cover letter** | ☐ Inspection |
| Title: | **The Expendables 3** | ☐ Photocopies |
| # of Additional Titles: | | ☐ Additional Certificate |
| Priority: | **Special Handling** | ☐ Certification |
| # Of Documents: | | ☐ Secure Test Exam |
| | | Other: |

**Received From:** **Nu Image**                 Phone: **(310) 388-6900**
**6423 Wilshire Boulevard**

**Los Angeles, CA 90048**
**United States**

Representing:                                  Phone:

Corresponding Id:

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | ☐ | Check: | |
| Fee to be Determined: | ☐ | Money Order: | |
| Base Fee: | $85.00 | Deposit Account: | **92815** |
| Special Handling Fee: | $800.00 | Deposit Account Name: | **NU IMAGE, INC** |
| Secure Test Exam Fee: | $ | | |
| Total Due: | $885.00 | | |
| | | Total Payment: | $85.00 |

### Special Handling

Delivery Method:   **Hold for Pick-Up**           Contact:   **Michael J. Hynak 7038924989**
                                                  Organization:

Picked Up By:
Date:

### Notes

Upgrade to Special Handling

Received By:   **MBEA**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided. If you are submitting multiple claims, only one title will appear on the receipt.





July 30, 2014

US Copyright Office
Copyright Information Section, LM-401
James Madison Memorial Building
101 Independence Avenue SE
Washington, DC 20556

Re: Request to change filing to Special Handling – The Expendables 3

Dear Sir/Madame:

The undersigned an attorney and member of the DC Bar and represents Nu Image in the matter of obtaining a copyright registration for the work "The Expendables 3". On July 29, 2014, a filing was filed with the Copyright Office for the above work. The application was filed by hand with the Public Information Section of the Copyright Office under Receipt No. 1-QVTXDT, a copy of the receipt and filing is attached for your convince.

The client is now requesting that the application be converted to Special Handling. The work in question is movie which is due to be released on August 15, 2014. The client has just learned that the movie is being counterfeited. The client is in need of an expedited registration in order enforce its rights and to prevent the counterfeiting of said movie.

Please charge the client's Deposit Account DA 92815 for the Special Handling fee and any other fees associated with this filing.

Please contact the undersigned to pick up the registration once it has issued.

Respectfully submitted,

Michael J. Hynak
Attorney at Law
DC Bar Number 414134

Hynak & Associates, PC • 812 South Courthouse Rd. • Arlington, VA 22204 USA
tel 703.892.4989 • fax 703.553.7793 • mail@hynak.com • www.hynak.com



# Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

No.   1-QVTXDT

**Date: 7/29/2014 9:52:07 AM**

## Received

| Form(s): | **1 PA Form** | ☐ Search Report |
|---|---|---|
| Deposit Count: | **2** | ☐ Search |
| Piece Count: | **2** | ☐ Retrieval |
| Type of Deposit: | **Synopsis and CD** | ☐ Correspondence |
| Other Enclosures: | **1 cover letter** | ☐ Inspection |
| Title: | **The Expendables 3** | ☐ Photocopies |
| # of Additional Titles: | | ☐ Additional Certificate |
| Priority: | | ☐ Certification |
| # Of Documents: | | ☐ Secure Test Exam |
| | | Other: |

Received From: **Nu Image**                    Phone:  **(310) 388-6900**
**6423 Wilshire Boulevard**

**Los Angeles, CA 90048**
**United States**

Representing:                                        Phone:

Corresponding Id:

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | ☐ | Check: | |
| Fee to be Determined: | ☐ | Money Order: | |
| Base Fee: | $85.00 | Deposit Account: | 92815 |
| Special Handling Fee: | $ | Deposit Account Name: | **NU IMAGE, INC** |
| Secure Test Exam Fee: | $ | | |
| Total Due: | $85.00 | | |
| | | Total Payment: | $85.00 |

## Notes

Received By:    **MBEA**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided. If you are submitting multiple claims, only one title will appear on the receipt.

# NU IMAGE®

6423 Wilshire Blvd.  Los Angeles, CA 90048 USA
Tel: 310-388-6900   Fax: 310-388-6901
Email: info@nuimage.net

July 28, 2014

Library of Congress
Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington D.C. 20559-6000



RE:   "The Expendables 3 " – Form PA Motion Picture

Greetings:

Enclosed please find the following for recordation:

1.  One Form PA for the Motion Picture "The Expendables 3"
2.  One film "The Expendables 3"
3.  Synopsis
4.  Please apply fees to our deposit account DA 92815

Please record same and remit to us a certificate of registration at your earliest convenience. Should you have any questions regarding the foregoing, please do not hesitate to contact the undersigned at (310) 388-6983.

Very truly yours,

Rick Eyler
Director of Business and Legal Affairs

Enclosure

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States
Code* authorize the Copyright Office to collect the personally identifying
information requested on this form in order to process the applica-
tion for copyright registration. By providing this information you are
agreeing to routine uses of the information that include publication
to give legal notice of your copyright claim as required by 17 U.S.C.
§705. It will appear in the Office's online catalog. If you do not provide
the information requested, registration may be refused or delayed,
and you may not be entitled to certain relief, remedies, and benefits
under the copyright law.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

PA _____ PAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
The Expendables 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

motion picture

---

**2**

**a**

**NAME OF AUTHOR ▼**
EX3 Productions, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2014 _____ Year
This information must be given in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.
Nation _____

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EX3 Productions, Inc.
318 N. Carson St., # 208
Carson City, NV  89701

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  **5**
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ PAu3-704-583      Year of Registration ▼ 2013

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.   **a 6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

*See instructions before completing this space.*

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**
Motion picture, including audio, visual and other cinematographic material

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **a 7**
Name ▼      Account Number ▼
Nu Image, Inc.      DA 92815

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼   **b**
Rick Eyler/Nu Image, Inc.
6423 Wilshire Blvd.
Los Angeles, CA  90048

Area code and daytime telephone number  ( 310 ) 388-6900      Fax number ( 310 ) 388-6901
Email rick@nuimage.net

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   **8**
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of EX3 Productions, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rick Eyler      Date July 28, 2014
Handwritten signature (X) ▼
x

**9**
Certificate will be mailed in window envelope to this address:
Name ▼ Rick Eyler/Nu Image, Inc.
Number/Street/Apt ▼ 6423 Wilshire Blvd.
City/State/Zip ▼ Los Angeles, CA  90048

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office-PAD
101 Independence Avenue SE
Washington, DC 20559-6230

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA–Full Rev: 02/2009 Print: 06/2010—50,000 Printed on recycled paper      U.S. Government Printing Office: 2010-357-993/80,085

## SYNOPSIS

In THE EXPENDABLES 3, Barney (Stallone), Christmas (Statham) and the rest of the team come face-to-face with Conrad Stonebanks (Gibson), who years ago co-founded The Expendables with Barney. Stonebanks subsequently became a ruthless arms trader and someone who Barney was forced to kill... or so he thought. Stonebanks, who eluded death once before, now is making it his mission to end The Expendables -- but Barney has other plans. Barney decides that he has to fight old blood with new blood, and brings in a new era of Expendables team members, recruiting individuals who are younger, faster and more tech-savvy. The latest mission becomes a clash of classic old-school style versus high-tech expertise in the Expendables' most personal battle yet.