# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-704-583**

**Effective date of registration:**

July 10, 2013

---

## Title

**Title of Work:** The Expendables 3
**Nature of Work:** motion picture screenplay

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Double Life Productions, Inc
  **Author Created:** entire screenplay
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Ex3 Productions, Inc.
3 18 N. Carson St # 208, Carson City, NV, 89701

**Transfer Statement:** By Assignment agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Rick Eyler