EXHIBIT D



# 'Expendables 3' Leaks Online, Pirated Copy Downloaded 189,000 Times in 24 Hours



JULY 25, 2014 | 04:55AM PT

*Todd Spangler (http://variety.com/author/todd-spangler/)*
NY Digital Editor
*@xpangler (http://twitter.com/@xpangler)*

A DVD-quality copy of actioner "The Expendables 3 (http://variety.com/t/the-expendables-3/)," starring Sylvester Stallone, has been downloaded via piracy (http://variety.com/t/piracy/) sites more than 189,000 times over a 24-hour period — three weeks ahead of the U.S. premiere.

The leak of the film on the Internet ahead of its theatrical debut, an unusually rare occurrence, could dampen box office for "Expendables 3." It's also worth noting that the target demo for the movie is young males, who are the biggest users of illegal file-sharing services.

With 2 days left to go before the Aug. 15 premiere, the number of illegal downloads of "Expendables 3″ will certainly soar into the millions.

Lionsgate (http://variety.com/t/lionsgate/), which is distributing the movie, declined to comment. The original source of the pirated copy is unclear; user comments posted on piracy websites indicate the rip is genuine.

Pirated copies of "Expendables 3″ began cropping up on torrent-sharing sites Wednesday and downloads started to spike Thursday, according to data provided by piracy-analytics firm Excipio. As of 6 p.m. Eastern Thursday, the movie had been downloaded 189,052 times worldwide, with 42,216 of those in the U.S., according to Excipio. [UPDATE: As of Sunday, July 27, at 6 p.m. Eastern, Excipio had tracked 1.13 million illegal downloads of "Expendables 3" worldwide.]

A similar a leak happened in 2009, when a rough cut of 20th Century Fox's "X-Men Origins: Wolverine" was shared on Megaupload.com about a month before the tentpole's preem. Fox estimated that at least 15 million people downloaded the movie, and represented tens of millions of dollars in lost revenue.

The FBI in December 2009 arrested Bronx resident Gilberto Sanchez for illegally uploading "Wolverine," and he was sentenced to a year in prison. Meanwhile, U.S. law enforcement officials in 2012 shut down Megaupload, and the MPAA has sued the defunct website (http://variety.com/2014/biz/news/movie-studios-sue-defunct-piracy-site-megaupload-seeking-millions-in-damages-1201153704/) seeking to collect monetary damages.

"Expendables 3″ ensemble cast includes Jason Statham, Antonio Banderas, Jet Li, Arnold Schwarzenegger, Dolph Lundgren, Kelsey Grammar, Terry Crews, Mel Gibson, Wesley Snipes and Harrison Ford.

The first two "Expendables" movies, both starring Stallone, were released in mid-August in 2010 and 2012 by Lionsgate. The first installment grossed $275 million worldwide and the second took in more than $300 million.

In 2011, Expendables producer (http://variety.com/us/los-angeles/producers/) Nu Image filed a copyright-infringement lawsuit (http://variety.com/2011/film/news/expendables-downloaders-targeted-1118036742/) targeting more than 23,000 individual BitTorrent users, whom it alleged had illegally downloaded copies of the first movie.

FOLLOW @VARIETY (HTTPS://TWITTER.COM/INTENT/FOLLOW?
SCREEN_NAME=VARIETY) ON TWITTER FOR BREAKING NEWS, REVIEWS
AND MORE

by Taboola (//www.taboola.com/en/popup?template=colorbox&taboola_utm_source=pmc-variety&taboola_utm_m

Promoted Content (//www.taboola.com/en/popup?template=colorbox&taboola_utm_source=pmc-variety&taboola_

# YOU MAY LIKE

(http://variety.com/2014/digital/news/will-expendables-3-pre-release-piracy-hurt-box-office-revenue-1201271888/)

## *Will 'Expendables 3' Pre-Release Piracy Hurt Box-Office Revenue?*

(http://variety.com/2014/digital/news/will-expendables-3-pre-release-piracy-hurt-box-office-revenue-1201271888/)
(http://www.dermstore.com/lid.php?lid=1871124&utm_source=taboola&utm_medium=referral)

## *Ditch Your Brow Pencil And Try This!*
*Dermstore*

(http://www.dermstore.com/lid.php?lid=1871124&utm_source=taboola&utm_medium=referral)
(http://variety.com/2014/film/news/harry-potter-actor-found-dead-in-death-valley-1201261295/)

## *'Harry Potter' Actor Found Dead in Death Valley*

(http://variety.com/2014/film/news/harry-potter-actor-found-dead-in-death-valley-1201261295/)
(http://www.moneynews.com/MKTNews/Massive-wealth-destruction-economy/2013/06/20/id/511043/?promo_code=13E5C-1&utm_source=taboola&utm_medium=referral)

## *Billionaires Dump Stocks, Prepare for Collapse (Shocking)*
*Newsmax*

(http://www.moneynews.com/MKTNews/Massive-wealth-destruction-economy/2013/06/20/id/511043/?promo_code=13E5C-1&utm_source=taboola&utm_medium=referral)
(http://variety.com/2014/film/news/first-look-wonder-woman-in-batman-v-superman-1201269574/)

## *First Look: Wonder Woman in 'Batman v. Superman'*

(http://variety.com/2014/film/news/first-look-wonder-woman-in-batman-v-superman-1201269574/)

*The 8 Biggest Film Box Office Disasters of All Time*

*Wall St. Cheat Sheet*

(http://w allstcheatsheet.com/stocks/the-8-biggest-film-box-office-disasters-of-all-time.html/?ref=tbla)

© Copyright 2014 Variety Media, LLC, a subsidiary of Penske Business Media, LLC. Variety and the Flying V logos are trademarks of Variety Media, LLC.

Variety411: Your production services resource (http://variety411.com/)

# EXPENDABLES 3 LEAKS ONLINE, 100K+ COPIES DOWN IN HOURS

BY **ANDY** ON **JULY 25, 2014**                                                    C: **158**

The Expendables 3, featuring every action hero known to man, was set for an August 15 debut but has appeared online in near DVD quality. In just 12 hours, more than 100,000 copies have been downloaded. It's worth bearing in mind, however, that production company Nu Image sued those who downloaded the original movie.



You'd have to be enjoying a Mars residency not to know that all big (and most small) movies get leaked online. If it's available in a cinema, someone, somewhere will have a copy in a matter of days and it's just a question of when, not if, it appears on the Internet.

As such, these events aren't particularly big news but every now and again one comes along to make people sit up and listen. Several hours ago, July 24, 2014, marked one such notable leaking event.

Featuring every action hero known to man, from Sylvester Stallone, Arnold Schwarzenegger, Wesley Snipes, Jason Statham and Jet Li, to UFC stars Randy Couture and Ronda Rousey, Expendables 3 was always going to be a hit. However, the plan was to have it become a hit on the big screen before breaking into the home market.

That is not going to happen. Around twelve hours ago, a near perfect copy of The Expendables 3 appeared online and it's already a smash hit with home audiences.

**SCREENSHOT FROM THE LEAK**



Figures gathered by TorrentFreak reveal that more than ~~100,000~~ 200,000 (update) people have downloaded the presumed 'DVD screener' copy using BitTorrent alone, and at one point in excess of 65,000 users were engaged in transfers on a single torrent.

These stats push the leak well ahead of the initial pre-release popularity of the infamous X-Men Origins: Wolverine leak back in 2009 and once the news begins to spread today, things are only going to get worse.

Needless to say, the folks at distributor Lionsgate are going to be absolutely furious. While 'cams' are an annoyance, most movie-goers won't want to destroy the movie experience by watching them. High-quality copies like this one are a different matter altogether and the soaring download numbers are a testament to that.

NO BLURRY CAMS HERE, HIGH-QUALITY ALL THE WAY



So who is behind the leak? At this stage it's impossible to point the finger at the person who obtained the DVD copy. However, we can take a look at who brought the copy to the wider public Internet.

When leaks come from a so-called 'Scene' source it's possible to track the copy at least as far back as the group that placed it online but with so-called P2P releases, as is the case with Expendables 3, that's not quite so easy. However, ~~the initial~~ and most popular public copy appears to be attributable to an entity known as Drarbg. (see update below)

Drarbg has accounts on several major torrent sites, including The Pirate Bay, and is one of the most prolific BitTorrent releasers online today. Many presume that this is a single person, but Drarbg has previously indicated that it's a group of individuals working together as a team. Drarbg, as the name suggests, has affiliations with RARBG, a popular public torrent site.

It seems likely that this high-profile, high-quality leak will become a talking point in the hours, weeks and months to come and will probably be seized upon as a prime example of why piracy crackdowns are needed. However, there is also another angle to be aware of.

Nu Image, the production company behind all three Expendables titles, sued previous downloaders of its titles. Will history repeat itself? Time will tell....

**Update:** Downloads climbing well over 200K copies now…

**Update 2:** While the Drarbg torrent gained the most traction initially, it appears another torrent was uploaded by another releaser around 20 mins before.

**Tagged in:** [Expendables 3](#)

 

## BUSINESS
## INSIDER

# 'Expendables 3' Leaked Online And Has Already Been Downloaded Over 189,000 Times



**KIRSTEN ACUNA**
JUL. 25, 2014, 12:23 PM

"The Expendables 3" has leaked online three weeks ahead of the film's theatrical release August 15.

Variety reports the latest sequel starring virtually every big action star from Arnold Schwarzenegger and Sylvester Stallone to Wesley Snipes and Jason Statham has been illegally downloaded over 189,000 times in 24 hours.



Phil Bray/Lionsgate

According to TorrentFreak, people have been downloading a high quality version of the film through file distribution system BitTorrent.

While its unknown where the leak started, TorrentFreak reports one of earliest copies that is making the rounds is one from a user known as Drarbg.

The user is reportedly a group of people who uploads a lot of video files online and often. Since 6 a.m. this morning, the user has uploaded 28 videos on file-sharing site Pirate Bay including recent episodes of "The Colbert Report," "Big Brother," and Fox's new show "Gang Related."

This obviously isn't good news for the film's distributor Lionsgate. The film has been tracking a $25 million opening weekend, according to BoxOffice.com.

"The Expendables 2" debuted to slightly more — $28.6 million — summer 2012.

It's worth noting that the first sequel didn't perform as strongly as the original stateside.

Here's a side-by-side comparison of the first and second film's performances.

| Movie | Opening Weekend | Domestic Box Office | Worldwide Box Office |
|---|---|---|---|
| "The Expendables" (2010) | $34.8 million | $103.1 million | $274.5 million |
| "The Expendables 2" (2012) | $28.6 million | $85 million | $305.4 million |

It's also worth noting it is pretty rare for a film of this magnitude to get leaked online in full and in high quality this far in advance. In 2009, "X-Men Origins: Wolverine" leaked online two months before release but that was an unfinished version of the film. A high quality version of the film means it most likely came from a DVD screener.

If the film does make less than expected opening weekend, this could work in Lionsgate's favor with the leak to partially blame for a weaker opening in a series that isn't performing as well here as it does overseas.

The cast and crew for the film are currently promoting the movie at San Diego Comic-Con where Lionsgate debuted a bunch of new colorful character posters.

We have reached out to Lionsgate for comment.

* Copyright © 2014 Business Insider Inc. All rights reserved.