KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:  310-248-3830
Facsimile:   310-860-0363

JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone:  212-775-8700
Facsimile:  212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LIONS GATE FILMS INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al*.<br><br>  Defendants. | **CASE NO. 2:14-cv-06033**<br>**DECLARATION OF SERVICE OF:**<br>**1) EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE ("EX PARTE APPLICATION");**<br>**2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; 3) PROPOSED ORDER; 4) DECLARATION OF CHRISTOPHER T. VARAS;**<br>**5) DECLARATION OF ROBERT WENOKUR; 6) DECLARATION OF EDWARD CHO** |

# DECLARATION OF SERVICE

*Lions Gate Films Inc. v. John Does 1-10 Inclusive, d/b/a, <Limetorrents.Com>, <Billionuploads.Com>, <Hulkfile.Eu> <Played.To>, <Swankshare.Com> And <Dotsemper.Com>, et al.; Case No. 2:14-cv-06033*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On August 1, 2014, I served the following documents (the "TRO Documents"):

1. ***EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE ("*EX PARTE* APPLICATION");**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION;**
3. **PROPOSED ORDER;**
4. **DECLARATION OF CHRISTOPHER T. VARAS IN SUPPORT OF EX PARTE APPLICATION;**
5. **DECLARATION OF ROBERT WENOKUR IN SUPPORT OF EX PARTE APPLICATION;**
6. **DECLARATION OF EDWARD CHO IN SUPPORT OF *EX PARTE* APPLICATION**

upon *defendants* in this action by means of electronic delivery to the following email addresses:

> kof_javed@hotmail.com;
> dmca@billionuploads.com;
> abuse@hulkfile.com;
> dmca@played.to;
> swankshare@gmail.com;
> DOTSEMPER.COM@domainsbyproxy.com'

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

On August 2, 2014 at 1:07 p.m. I received a delivery failure notification from the email address of aacr4@acdsoft.com. A true and correct copy of that notification is attached hereto as **Exhibit A**. The address aacr4@acdsoft.com is **not** one of the 6 email addresses that I used to transmit delivery of the above-referenced TRO documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2014 at Beverly Hills, California.

/s/ Angelina Caviles
Angelina Caviles

# EXHIBIT A

**Caviles, Angelina**

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@p01c11m012.mxlogic.net> |
| **Sent:** | Saturday, August 02, 2014 1:06 PM |
| **To:** | Caviles, Angelina |
| **Subject:** | Mail delivery failed |
| **Attachments:** | ATT00001.txt |

This message was created automatically by mail delivery software.

A message that you have sent could not be delivered to one or more recipients. This is a permanent error. The following address failed:

 <aacr4@acdsoft.com>: 550 sorry, no mailbox here by that name. (#5.7.17)