KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: 212-775-8700
Facsimile: 212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LIONS GATE FILMS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al*. <br><br> Defendants. | **CASE NO. 2:14-cv-06033-MMM-AGR** <br><br> **DECLARATION OF SERVICE PURSUANT TO TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE ENTERED ON AUGUST 4, 2014.** |

# DECLARATION OF SERVICE

*Lions Gate Films Inc. v. John Does 1-10 Inclusive, d/b/a, <Limetorrents.Com>, <Billionuploads.Com>, <Hulkfile.Eu> <Played.To>, <Swankshare.Com> And <Dotsemper.Com>, et al.; Case No. 2:14-cv-06033*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

Prior to 6:00 p.m. on August 4, 2014, I served the following documents:

1. **TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE ("TRO/ARO/OSC");**
2. **COMPLAINT;**
3. **SUMMONS;**
4. **CIVIL COVER SHEET;**
5. **AO-121;**
6. **CERTIFICATE OF INTERESTED PARTIES;**
7. **EX PARTE APPLICATION ("EX PARTE APPLICATION") FOR TRO/ARO/OSC;**
8. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION;**
9. **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;**
10. **DECLARATION OF CHRISTOPHER T. VARAS IN SUPPORT OF EX PARTE APPLICATION;**
11. **DECLARATION OF ROBERT WENOKUR IN SUPPORT OF EX PARTE APPLICATION; and**
12. **DECLARATION OF EDWARD CHO IN SUPPORT OF EX PARTE APPLICATION**

upon *defendants* in this action by means of electronic delivery to the following email addresses:

kof_javed@hotmail.com;
dmca@billionuploads.com;
abuse@hulkfile.com;
dmca@played.to;
John.arsenault@frontrangelegalservices.com
swankshare@gmail.com;
DOTSEMPER.COM@domainsbyproxy.com'

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on August 4, 2014, I caused an envelope containing a true copy of the above 12 documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

Muhammad Javed Ashraf d/b/a <limetorrents.com>
Iwebspro
428-N, Samanabad
Lahore
Punjab 54700
Pakistan

I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2014 at Beverly Hills, California.

/s/ Angelina Caviles
Angelina Caviles