KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:   310-248-3830
Facsimile:    310-860-0363

JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone:  212-775-8700
Facsimile:  212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al*.<br><br>            Defendants. | **CASE NO. 2:14-cv-06033-MMM-AGR**<br><br>**SUPPLEMENTAL DECLARATION OF SERVICE** |

## DECLARATION OF SERVICE

***Lions Gate Films Inc. v. John Does 1-10 Inclusive, d/b/a, <Limetorrents.Com>, <Billionuploads.Com>, <Hulkfile.Eu> <Played.To>, <Swankshare.Com> And <Dotsemper.Com>, et al.; Case No. 2:14-cv-06033***

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding.  My business address is 1420 Fifth Ave., Suite 4400, Seattle, WA 98101 and I am a member of the Bar of this Court.

On August 5, 2014, I served the following documents:

1. **TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE ("TRO/ARO/OSC");**
2. **COMPLAINT;**
3. **SUMMONS;**
4. **CIVIL COVER SHEET;**
5. **AO-121;**
6. **CERTIFICATE OF INTERESTED PARTIES;**
7. **EX PARTE APPLICATION ("EX PARTE APPLICATION") FOR TRO/ARO/OSC;**
8. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION;**
9. **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;**
10. **DECLARATION OF CHRISTOPHER T. VARAS IN SUPPORT OF EX PARTE APPLICATION;**
11. **DECLARATION OF ROBERT WENOKUR IN SUPPORT OF EX PARTE APPLICATION; and**
12. **DECLARATION OF EDWARD CHO IN SUPPORT OF EX PARTE APPLICATION**

upon ***defendants*** in this action by means of electronic delivery to the following email addresses:

admin@billionuploads.com

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2014 at Beverly Hills, California.

/s/ Christopher Varas
_____
Christopher Varas