1  KILPATRICK TOWNSEND & STOCKTON LLP
   LARRY W. MCFARLAND (State Bar No. 129668)
2  LMcFarland@kilpatricktownsend.com
   DENNIS L. WILSON (State Bar No. 155407)
3  DWilson@kilpatricktownsend.com
   CHRISTOPHER T. VARAS (State Bar No. 257080)
4  CVaras@kilpatricktownsend.com
   9720 Wilshire Blvd PH
5  Beverly Hills, CA  90212-2018
   Telephone:  310-248-3830
6  Facsimile:   310-860-0363

7  JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
   JPetersen@kilpatricktownsend.com
8  The Grace Building
   1114 Avenue of the Americas
9  New York, NY 10036-7703
   Telephone:  212-775-8700
10 Facsimile:   212-775-8800

11 Attorneys for Plaintiff
   LIONS GATE FILMS INC.

12

13                    **UNITED STATES DISTRICT COURT**

14              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15                         **WESTERN DIVISION**

16

17 | LIONS GATE FILMS INC.,                      | Case No. 2:14-cv-06033-MMM-AGR |
18 |           Plaintiff,                         |                                |
19 |      v.                                      | *EX PARTE* **APPLICATION FOR** |
20 | JOHN DOES 1-10 inclusive, d/b/a,             | **EXPEDITED DISCOVERY TO**     |
21 | <limetorrents.com>,                          | **CONFIRM DEFENDANTS'**        |
   | <billionuploads.com>, <hulkfile.eu>          | **IDENTITIES AND LOCATIONS**   |
22 | <played.to>, <swankshare.com> and            |                                |
   | <dotsemper.com>, *et al.*,                   |                                |
23 |           Defendants.                        |                                |

1  Pursuant to Federal Rules of Civil Procedure 26(d) and 45, and pursuant to
2  Local Rule 7-19, plaintiff Lions Gate Films Inc. ("Lions Gate" or "Plaintiff") hereby
3  applies *ex parte* for an order authorizing Lions Gate to serve subpoenas on third
4  parties who provide services to the defendants who operate the websites
5  <billionuploads.com>, <hulkfile.eu> and <dotsemper.com>.  Specifically, Lions
6  Gate seeks leave to subpoena electronically stored information and other documents
7  and information that is reasonably calculated to lead to the discovery of these
8  defendants' true identities and locations.

9  Lions Gate provided the defendants with notice of this application as set forth
10 in the accompanying Declaration of Christopher Varas.

11 To Lions Gate's knowledge, the only defendant in this matter who is
12 represented by counsel is the operator of the website <played.to>, which is not at
13 issue in this application.  Counsel for that defendant is:

John Arsenault
Wessels & Arsenault LLC
1333 West 120th Avenue Suite 219
Westminster, CO 80234-2713
(303) 459-7898
John.arsenault@frontrangelegalservices.com

Mr. Arsenault received oral notice of this application at approximately 4:00 p.m. Pacific Daylight Time on August 5, 2014, and did not state whether he would oppose the application.

DATED:  August 5, 2014          Respectfully submitted,

                                KILPATRICK TOWNSEND & STOCKTON LLP


                                By:   /s/ Dennis L. Wilson
                                      DENNIS L. WILSON

                                Attorneys for Plaintiff
                                Lions Gate Films Inc.

EX PARTE APPLICATION                                                          - 2 -
CASE NO. 2:14-CV-06033-MMM-AGR