1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LIONS GATE FILMS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al*., <br><br> Defendants. | Case No. 2:14-cv-06033-MMM-AGR <br><br> **[PROPOSED] ORDER AUTHORIZING EXPEDITED THIRD PARTY DISCOVERY** |

1    This matter came on before the Court on the *ex parte* application for an order
2    authorizing expedited third party discovery filed by plaintiff Lions Gate Films Inc.
3    ("Lions Gate").  The Court has considered the papers submitted by Lions Gate and,
4    finding good cause, hereby GRANTS Lions Gate's application.
5    Pursuant to Federal Rules of Civil Procedure 26(d) and 45 Lions Gate is hereby
6    authorized to serve subpoenas on third parties whom Lions Gate has identified as
7    likely to be providing services to the defendants who operate the websites
8    <billionuploads.com>, <hulkfile.eu> and <dotsemper.com> (the "Defendants").  This
9    includes CloudFlare, Inc., Incapsula, Inc., Dynadot, LLC, Limestone Networks, Inc.,
10   Click and Name, Google Inc., GoDaddy.com, LLC, and Domains By Proxy LLC, as
11   well as any other third party Lions Gate identifies as likely to be providing services of
12   any kind to any one or more of Defendants.
13   Through these subpoenas, Lions Gate may demand the production of
14   electronically stored information and other documents and information that is
15   reasonably calculated to lead to the discovery of Defendants' identities and locations.
16   This includes but is not limited to billing records, website content, server logs and
17   correspondence with any one or more of Defendants.
18   Lions Gate shall serve the defendants in the case with notice of its subpoenas
19   by email and postal mail to the addresses specified in the Court's Temporary
20   Restraining Order and Order to Show Cause.  Lions Gate's notice obligations with
21   respect to the subpoenas shall be satisfied upon transmission of the email notices and
22   deposit of the physical notices in outgoing mail.  Lions Gate has no obligation to
23   confirm that the email or postal notices were successfully delivered.
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1  Lions Gate may apply to the Court for subpoena authority with respect to the remaining defendants in the case if such authority becomes necessary for Lions Gate to confirm those defendants' identities and locations.

IT IS SO ORDERED.

Entered this _____ day of _____, 2014 at _____.

_____
Hon. Margaret M. Morrow
United States District Judge

[PROPOSED] ORDER                                                            - 3 -
CASE NO. 2:14-CV-06033-MMM-AGR