NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al.*, <br><br> Defendants. | Case No. 2:14-cv-06033-MMM(AGRx) <br><br> **[~~PROPOSED~~] ORDER AUTHORIZING EXPEDITED THIRD PARTY DISCOVERY** |

1   This matter came on before the Court on the *ex parte* application for an order
2   authorizing expedited third party discovery filed by plaintiff Lions Gate Films Inc.
3   ("Lions Gate"). The Court has considered the papers submitted by Lions Gate and,
4   finding good cause, hereby GRANTS Lions Gate's application.

5   Pursuant to Federal Rules of Civil Procedure 26(d) and 45 Lions Gate is hereby
6   authorized to serve subpoenas on the third parties whom Lions Gate has identified as
7   likely to be providing services to the defendants who operate the websites
8   <billionuploads.com>, <hulkfile.eu> and <dotsemper.com> (the "Defendants").
9   These third parties are CloudFlare, Inc., Incapsula, Inc., Dynadot, LLC, Limestone
10  Networks, Inc., Click and Name, Google Inc., GoDaddy.com, LLC, and Domains By
11  Proxy LLC. ~~as well as any other third party Lions Gate identifies as likely to be~~
12  ~~providing services of any kind to any one or more of Defendants~~.

13  Through these subpoenas, Lions Gate may demand the production of
14  electronically stored information and other documents and information that is
15  reasonably calculated to lead to the discovery of Defendants' identities and locations.
16  This includes but is not limited to billing records, website content, server logs and
17  correspondence with any one or more of Defendants.

18  Lions Gate shall serve the defendants in the case with notice of its subpoenas
19  by email and postal mail to the addresses specified in the Court's Temporary
20  Restraining Order and Order to Show Cause. Lions Gate's notice obligations with
21  respect to the subpoenas shall be satisfied upon transmission of the email notices and
22  deposit of the physical notices in outgoing mail. Lions Gate has no obligation to
23  confirm that the email or postal notices were successfully delivered.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Lions Gate may apply to the Court for subpoena authority with respect to the remaining defendants in the case if such authority becomes necessary for Lions Gate to confirm those defendants' identities and locations.

IT IS SO ORDERED.

Date: August 6, 2014

_____
Hon. Margaret M. Morrow
United States District Judge