KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: 212-775-8700
Facsimile: 212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

LIONS GATE FILMS INC.,

Plaintiff,

v.

JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al.*,

Defendants.

Case No. 2:14-cv-06033-MMM-AGR

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF PRELIMINARY INJUNCTION**


I, Christopher Varas, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am an attorney with the law firm of Kilpatrick Townsend & Stockton LLP, counsel to plaintiff Lions Gate Films Inc. in this matter. I have personal knowledge of the facts stated herein and would testify competently thereto if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the record of Copyright Registration No. Pau003734299 printed from the United States Copyright Office website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of August, 2014 at Seattle, WA

Christopher Varas

# EXHIBIT A



Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = expendables 3
Search Results: Displaying 1 of 2 entries

previous
next
Labeled View

***The Expendables 3.***

**Type of Work:** Motion Picture
**Registration Number / Date:** PAu003734299 / 2014-07-29
**Application Title:** The Expendables 3.
**Title:** The Expendables 3.
**Description:** Videodisc (DVD)
**Copyright Claimant:** EX3 Productions, Inc. Address: 318 N. Carson St., # 208, Carson City, NV, 89701.
**Date of Creation:** 2014
**Authorship on Application:** BX3 Productions, Inc., employer for hire; Domicile: United States. Authorship: entire motion picture.
**Previous Registration:** 2013, PAu 3-704-583.
**Basis of Claim:** Motion picture, including audio, visual and other cinematographic material.

previous
next
Save, Print and Email (Help Page)
Select Download Format Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

PROOF OF SERVICE

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On August 6, 2014, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF PRELIMINARY INJUNCTION**

upon ***defendants*** in this action by means of electronic delivery to the following email addresses:

kof_javed@hotmail.com;
dmca@billionuploads.com;
admin@billionuploads.com;
abuse@hulkfile.com;
John.arsenault@frontrangelegalservices.com
swankshare@gmail.com;
DOTSEMPER.COM@domainsbyproxy.com'

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on August 6, 2014, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

Muhammad Javed Ashraf d/b/a <limetorrents.com>
Iwebspro
428-N, Samanabad
Lahore
Punjab 54700
Pakistan

| | |
|---|---|
| John Arsenault<br>Wessels & Arsenault LLC<br>1333 West 120th Avenue Suite 219<br>Westminster, CO 80234-2713 | Counsel for dmca@played.to |

I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 6, 2014 at Beverly Hills, California.

Patricia Cloutier