UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 14-06033-MMM(AGRx) | Date: | August 8, 2014 |
|---|---|---|---|

| Title | Lions Gate Films, Inc. vs John Does |
|---|---|

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dennis L. Wilson | None appearing |

**Proceedings:** **Plaintiff's Motion for Entry of Preliminary Injunction**

The court having carefully considered the papers and the evidence submitted by the plaintiff, and no appearances having been made by defendants, the court grants the motion for preliminary injunction.