| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | LARRY W. MCFARLAND (State Bar No. 129668) |
| 2 | LMcFarland@kilpatricktownsend.com |
| | DENNIS L. WILSON (State Bar No. 155407) |
| 3 | DWilson@kilpatricktownsend.com |
| | CHRISTOPHER T. VARAS (State Bar No. 257080) |
| 4 | CVaras@kilpatricktownsend.com |
| | 9720 Wilshire Blvd PH |
| 5 | Beverly Hills, CA 90212-2018 |
| | Telephone: 310-248-3830 |
| 6 | Facsimile: 310-860-0363 |
| 7 | JOSEPH PETERSEN (*pro hac vice* motion forthcoming) |
| | JPetersen@kilpatricktownsend.com |
| 8 | The Grace Building |
| | 1114 Avenue of the Americas |
| 9 | New York, NY 10036-7703 |
| | Telephone: 212-775-8700 |
| 10 | Facsimile: 212-775-8800 |
| 11 | Attorneys for Plaintiff |
| | LIONS GATE FILMS INC. |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., | CASE NO. 2:14-cv-06033-MMM-AGR |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al*. | |
| Defendants. | |

# DECLARATION OF SERVICE

*Lions Gate Films Inc. v. John Does 1-10 Inclusive, d/b/a, <Limetorrents.Com>, <Billionuploads.Com>, <Hulkfile.Eu> <Played.To>, <Swankshare.Com> And <Dotsemper.Com>, et al.; Case No. 2:14-cv-06033*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On August 8, 2014, I served the following documents:

1. **Findings of Fact, Conclusions of Law;**
2. **Preliminary Injunction; and**
3. **Civil Minutes of Plaintiff's Motion for Entry of Preliminary Injunction.**

upon *defendants* in this action by means of electronic delivery to the following email addresses:

kof_javed@hotmail.com;
dmca@billionuploads.com;
admin@billionuploads.com;
abuse@hulkfile.com;
John.arsenault@frontrangelegalservices.com
swankshare@gmail.com;
DOTSEMPER.COM@domainsbyproxy.com
freshwap@hotmail.com
quasi-mundo@hotmail.com

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on August 8, 2014, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

| | |
|---|---|
| Muhammad Javed Ashraf d/b/a <limetorrents.com> Iwebspro 428-N, Samanabad Lahore Punjab 54700 Pakistan | |
| John Arsenault Wessels & Arsenault LLC 1333 West 120th Avenue Suite 219 Westminster, CO 80234-2713 | Counsel for dmca@played.to |

    I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2014 at Beverly Hills, California.

_Patricia Cloutier_