KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:  310-248-3830
Facsimile:   310-860-0363

JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone:  212-775-8700
Facsimile:  212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10 inclusive, d/b/a, &lt;limetorrents.com&gt;, &lt;billionuploads.com&gt;, &lt;hulkfile.eu&gt; &lt;played.to&gt;, &lt;swankshare.com&gt; and &lt;dotsemper.com&gt;, *et al.*,<br><br>Defendants. | Case No. 2:14-cv-06033-MMM-AGR<br><br>***EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY TO CONFIRM DEFENDANTS' IDENTITIES AND LOCATIONS** |

1    Pursuant to Federal Rules of Civil Procedure 26(d) and 45, and pursuant to

2    Local Rule 7-19, plaintiff Lions Gate Films Inc. ("Lions Gate" or "Plaintiff") hereby

3    applies *ex parte* for an order authorizing Lions Gate to serve subpoenas on third

4    parties who provide services to the defendant(s) who operate the websites

5    <limetorrents.com> and <limetorrents.net>.  Specifically, Lions Gate seeks leave to

6    subpoena electronically stored information and other documents and information

7    that is reasonably calculated to lead to the discovery of these defendants' true

8    identities and locations.

9    Lions Gate provided all parties with notice of this application as set forth in

10   the accompanying Declaration of Christopher Varas.

11   To Lions Gate's knowledge, the only defendant in this matter who is

12   represented by counsel is the operator of the website <played.to>, which is not at

13   issue in this application.  Counsel for that defendant is:

John Arsenault
Wessels & Arsenault LLC
1333 West 120th Avenue Suite 219
Westminster, CO 80234-2713
(303) 459-7898
John.arsenault@frontrangelegalservices.com

Mr. Arsenault received oral notice of this application at approximately 1:00 p.m.
Pacific Daylight Time on August 12, 2014, and did not state whether he would
oppose the application.

DATED:  August 12, 2014          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON
LLP


By:    /s/ Dennis L. Wilson
       DENNIS L. WILSON

Attorneys for Plaintiff
Lions Gate Films Inc.

PROOF OF SERVICE

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding.  My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On August 12, 2014, I served the following document(s):

**EX PARTE APPLICATION FOR EXPEDITED DISCOVERY TO CONFIRM DEFENDANT'S IDENTITY AND LOCATION**

upon *defendants* in this action by means of electronic delivery to the following email addresses:

> kof_javed@hotmail.com;
> dmca@billionuploads.com;
> admin@billionuploads.com;
> abuse@hulkfile.com;
> John.arsenault@frontrangelegalservices.com
> swankshare@gmail.com;
> DOTSEMPER.COM@domainsbyproxy.com
> freshwap@hotmail.com
> quasi-mundo@hotmail.com

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on August 12, 2014, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

Muhammad Javed Ashraf d/b/a <limetorrents.com>
Iwebspro
428-N, Samanabad
Lahore
Punjab 54700
Pakistan

| John Arsenault | Counsel for dmca@played.to |
|---|---|
| Wessels & Arsenault LLC | |
| 1333 West 120th Avenue Suite 219 | |
| Westminster, CO 80234-2713 | |

 I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

 I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2014 at Beverly Hills, California.

Patricia Cloutier