KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:   310-248-3830
Facsimile:    310-860-0363

JOSEPH PETERSEN (*pro hac vice* motion forthcoming)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone:  212-775-8700
Facsimile:  212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., | Case No. 2:14-cv-06033-MMM-AGR |
| Plaintiff, | **DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF EX PARTE APPLICATION FOR EXPEDITED DISCOVERY TO CONFIRM DEFENDANTS' IDENTITIES AND LOCATIONS** |
| v. | |
| JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al.*, | |
| Defendants. | |

1         I, Christopher Varas, under penalty of perjury and pursuant to 28 U.S.C. §

2  1746, declare and state as follows:

3         1.     I am an attorney with the law firm of Kilpatrick Townsend & Stockton

4  LLP, counsel to plaintiff Lions Gate Films Inc. in this matter.  I have personal

5  knowledge of the facts stated herein and would testify competently thereto if called

6  upon to do so.

7         2.     Attached hereto as **Exhibit E** are true and correct copies of printouts of

8  the domain name and website information for <limetorrents.com> and

9  <limetorrents.net>, printed from <domaintools.com> and <centralops.net>.

10         3.     I spoke with John Arsenault of Wessels & Arsenault LLC, who is

11  counsel for the defendant operating <played.to>, at approximately 1:00 p.m. Pacific

12  Daylight time on August 12, 2014, and notified him of Lions Gate's intention to file

13  the *ex parte* application filed concurrently herewith.  Mr. Arsenault did not state

14  whether he intends to oppose Lions Gate's application.  As noted in the application

15  and supporting memorandum, Lions Gate is not seeking subpoena authority with

16  respect to <played.to>.

17         4.     On August 12 between 4:46 p.m. and 4:51 p.m. Pacific Daylight Time,

18  I provided all of the defendants in this case with written notice of Lions Gate's

19  intention to file its *ex parte* application for leave to conduct expedited third party

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

discovery by email.  True and correct copies of the notices are attached hereto as **Exhibit F**.  As of the time I executed this declaration for filing, I had not received any response to these notices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of August, 2014 at Seattle, WA

_____

Christopher Varas

# EXHIBIT E



**DOMAIN**TOOLS

FREE TRIAL    LOG I



WHOIS LOOKUP

limetorrents.com

**RODUCTS ▾    SOLUTIONS ▾    PRICING    SUPPORT    ABOUT ▾**

Home  ›  Whois Lookup  ›  LimeTorrents.com

# Whois Record for LimeTorrents.com

How does this work?

☐ Preview the Full Domain Report

# Free Domain with Site

**w.** web.com/Domains

10,000+ Templates for Your Website. Free Domain & Hosting. Start Now!



### Related Domains For Sale or At Auction

| 1 | 2 | 3 | More > |

TorrentsTracker.com ($958)
TorrentsPlanet.com ($300)
TorrentScript.com ($2,595)

TorrentStation.com ($1,888)
TorrentsFinder.com ($1,895)
TorrentsClub.com ($1,895)

### Whois & Quick Stats

| | |
|---|---|
| Email | abuse@enom.com is associated with ~11,417,453 domains |
| | kof_javed@hotmail.com is associated with ~23 domains |
| Registrant Org | IWEBSPRO is associated with ~26 other domains |
| Registrar | ENOM, INC. |
| Registrar Status | clientTransferProhibited |
| Dates | Created on 2009-07-09 - Expires on 2017-07-09 - Updated on 2013-10-17 |
| Name Server(s) | LEAH.NS.CLOUDFLARE.COM (has 470,676 domains) |
| | WALT.NS.CLOUDFLARE.COM (has 470,676 domains) |
| IP Address | 104.28.10.69 - 319 other sites hosted on this server |
| IP Location | 🏳 - Arizona - Phoenix - Cloudflare Inc. |
| ASN | 🏳 AS13335 CLOUDFLARENET - CloudFlare, Inc.,US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| Whois History | 499 records have been archived since 2009-07-10 |

**IP History**          17 changes on 15 unique IP addresses over 7 years

**Registrar History**   2 registrars

**Hosting History**     7 changes on 6 unique name servers over 8 years

**Whois Server**        whois.enom.com

**Website**

**Website Title**       Verified Torrent Downloads - LimeTorrents.com

**Server Type**         cloudflare-nginx

**Response Code**       200

**Alexa Rank**          #5,454: for the last three months.

**SEO Score**           91%

**Terms**               1005 (Unique: 551, Linked: 407)

**Images**              2 (Alt tags missing: 0)

**Links**               143   (Internal: 93, Outbound: 8)

**Whois Record ( last updated on 2014-08-12 )**

```
Domain Name: LIMETORRENTS.COM
Registry Domain ID: 1561799175_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2011-04-27 00:09:02Z
Creation Date: 2009-07-09 09:46:00Z
Registrar Registration Expiration Date: 2017-07-09 09:46:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: MUHAMMAD JAVED ASHRAF
Registrant Organization: IWEBSPRO
Registrant Street: 428-N, SAMANABAD
Registrant City: LAHORE
Registrant State/Province: PUNJAB
Registrant Postal Code: 54700
Registrant Country: PK
Registrant Phone: +92.3238439646
Registrant Phone Ext:
Registrant Fax: +1.5555555555
Registrant Fax Ext:
Registrant Email: kof_javed@hotmail.com

Registry Admin ID:
Admin Name: MUHAMMAD JAVED ASHRAF
Admin Organization: IWEBSPRO
Admin Street: 428-N, SAMANABAD
Admin City: LAHORE
Admin State/Province: PUNJAB
Admin Postal Code: 54700
Admin Country: PK
Admin Phone: +92.3238439646
Admin Phone Ext:
Admin Fax: +1.5555555555
Admin Fax Ext:
Admin Email: kof_javed@hotmail.com

Registry Tech ID:
Tech Name: MUHAMMAD JAVED ASHRAF
Tech Organization: IWEBSPRO
Tech Street: 428-N, SAMANABAD
Tech City: LAHORE
Tech State/Province: PUNJAB
Tech Postal Code: 54700
Tech Country: PK
```

```
Tech Phone: +92.3238439646
Tech Phone Ext:
Tech Fax: +1.5555555555
Tech Fax Ext:
Tech Email: kof_javed@hotmail.com

Name Server: LEAH.NS.CLOUDFLARE.COM
Name Server: WALT.NS.CLOUDFLARE.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

**Tools**

Whois History

Hosting History

Monitor Domain Properties

Reverse Whois Lookup

Reverse IP Address Lookup

Reverse Name Server Lookup

Network Tools

Buy This Domain

Visit Website

Preview the Full Domain Report

**Central Ops .net**  *Advanced online Internet utilities*   a service of **:Hexillion**

| Utilities | About |

## Utilities

Domain Dossier
Domain Check
Email Dossier
Browser Mirror

Ping
Traceroute
NsLookup
AutoWhois
TcpQuery
AnalyzePath

## Domain Dossier   Investigate domains and IP addresses

domain or IP address   `limetorrents.net`

☑ domain whois record    ☑ DNS records    ☐ traceroute

☑ network whois record   ☐ service scan    **go**

user: anonymous [12.1.41.226]
balance: 47 units
log in | account info

**Central Ops .net**

## Address lookup

canonical name   **limetorrents.com.**

aliases

addresses   **2400:cb00:2048:1::681c:a45**
**2400:cb00:2048:1::681c:b45**
**104.28.11.69**
**104.28.10.69**

## Domain Whois record

Queried **whois.internic.net** with "**dom limetorrents.com**"...

```
   Domain Name: LIMETORRENTS.COM
   Registrar: ENOM, INC.
   Whois Server: whois.enom.com
   Referral URL: http://www.enom.com
   Name Server: LEAH.NS.CLOUDFLARE.COM
   Name Server: WALT.NS.CLOUDFLARE.COM
   Status: clientTransferProhibited
   Updated Date: 17-oct-2013
   Creation Date: 09-jul-2009
   Expiration Date: 09-jul-2017

>>> Last update of whois database: Tue, 12 Aug 2014 18:07:55 UTC <<<
```

Queried **whois.enom.com** with "**limetorrents.com**"...

```
Domain Name: LIMETORRENTS.COM
Registry Domain ID: 1561799175_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2011-04-27 00:09:02Z
Creation Date: 2009-07-09 09:46:00Z
Registrar Registration Expiration Date: 2017-07-09 09:46:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: MUHAMMAD JAVED ASHRAF
Registrant Organization: IWEBSPRO
Registrant Street: 428-N, SAMANABAD
Registrant City: LAHORE
Registrant State/Province: PUNJAB
Registrant Postal Code: 54700
Registrant Country: PK
Registrant Phone: +92.3238439646
```

```
Registrant Phone Ext:
Registrant Fax: +1.5555555555
Registrant Fax Ext:
Registrant Email: KOF_JAVED@HOTMAIL.COM
Registry Admin ID:
Admin Name: MUHAMMAD JAVED ASHRAF
Admin Organization: IWEBSPRO
Admin Street: 428-N, SAMANABAD
Admin City: LAHORE
Admin State/Province: PUNJAB
Admin Postal Code: 54700
Admin Country: PK
Admin Phone: +92.3238439646
Admin Phone Ext:
Admin Fax: +1.5555555555
Admin Fax Ext:
Admin Email: KOF_JAVED@HOTMAIL.COM
Registry Tech ID:
Tech Name: MUHAMMAD JAVED ASHRAF
Tech Organization: IWEBSPRO
Tech Street: 428-N, SAMANABAD
Tech City: LAHORE
Tech State/Province: PUNJAB
Tech Postal Code: 54700
Tech Country: PK
Tech Phone: +92.3238439646
Tech Phone Ext:
Tech Fax: +1.5555555555
Tech Fax Ext:
Tech Email: KOF_JAVED@HOTMAIL.COM
Name Server: LEAH.NS.CLOUDFLARE.COM
Name Server: WALT.NS.CLOUDFLARE.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2011-04-27 00:09:02Z
```

## Network Whois record

Queried **whois.arin.net** with "**n 104.28.11.69**"...

```
NetRange:        104.16.0.0 - 104.31.255.255
CIDR:            104.16.0.0/12
OriginAS:        AS13335
NetName:         CLOUDFLARENET
NetHandle:       NET-104-16-0-0-1
Parent:          NET-104-0-0-0-0
NetType:         Direct Assignment
Comment:         https://www.cloudflare.com
RegDate:         2014-03-28
Updated:         2014-03-28
Ref:             http://whois.arin.net/rest/net/NET-104-16-0-0-1


OrgName:         CloudFlare, Inc.
OrgId:           CLOUD14
Address:         665 Third Street #207
City:            San Francisco
StateProv:       CA
PostalCode:      94107
Country:         US
RegDate:         2010-07-09
Updated:         2013-01-04
Comment:         http://www.cloudflare.com/
Ref:             http://whois.arin.net/rest/org/CLOUD14

OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-650-319-8930
OrgAbuseEmail:  abuse@cloudflare.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:   Admin
OrgTechPhone:  +1-650-319-8930
OrgTechEmail:  admin@cloudflare.com
OrgTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:  noc@cloudflare.com
OrgNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN
```

## DNS records

DNS query for **69.11.28.104.in-addr.arpa** returned an error from the server: **NameError**

DNS query for **5.4.a.0.c.1.8.6.0.0.0.0.0.0.0.0.0.0.1.0.0.0.8.4.0.2.0.0.b.c.0.0.4.2.ip6.arpa** returned an error from the server: **NameError**

| name | class | type | data | | time to live |
|---|---|---|---|---|---|
| limetorrents.com | IN | SOA | server: | leah.ns.cloudflare.com | 86400s  (1.00:00:00 |
| | | | email: | dns@cloudflare.com | |
| | | | serial: | 2015724313 | |
| | | | refresh: | 10000 | |
| | | | retry: | 2400 | |
| | | | expire: | 604800 | |
| | | | minimum ttl: | 3600 | |
| limetorrents.com | IN | TXT | google-site-verification=59N2g-K84nnhXWDavbvxFZJw-xBVBw4MHttKnt8-4Hg | | 600s  (00:10:00) |
| limetorrents.com | IN | TXT | google-site-verification=iHvftFcc1LHT6xo-XaLMEI-v42bfu1q67ZGN_mQ_sE4 | | 600s  (00:10:00) |
| limetorrents.com | IN | NS | leah.ns.cloudflare.com | | 86400s  (1.00:00:00 |
| limetorrents.com | IN | NS | walt.ns.cloudflare.com | | 86400s  (1.00:00:00 |
| limetorrents.com | IN | MX | preference: | 0 | 300s  (00:05:00) |
| | | | exchange: | dc-bf23101a.limetorrents.com | |
| limetorrents.com | IN | AAAA | 2400:cb00:2048:1::681c:a45 | | 300s  (00:05:00) |
| limetorrents.com | IN | AAAA | 2400:cb00:2048:1::681c:b45 | | 300s  (00:05:00) |
| limetorrents.com | IN | A | 104.28.10.69 | | 300s  (00:05:00) |
| limetorrents.com | IN | A | 104.28.11.69 | | 300s  (00:05:00) |

-- end --



FREE TRIAL     LOG I

WHOIS LOOKUP

limetorrents.net

**PRODUCTS** ▾   **SOLUTIONS** ▾   **PRICING**   **SUPPORT**   **ABOUT** ▾

Home   Whois Lookup   LimeTorrents.net

## Whois Record for LimeTorrents.net

How does this work?

◻ Preview the Full Domain Report

# $1.99 Domains at GoDaddy

 godaddy.com

Great Domain Names Make Great Websites. Search For Yours Today!

 ❯

# $1.99 Domain Names

 godaddy.com

Your Website Starts With the Right Domain. Register Yours Today!

❯

**Related Domains For Sale or At Auction**   | 1 | 2 | 3 | More >

WowTorrents.com ($3,395)          VipTorrents.net ($2,888)
UpTorrents.com ($2,732)           UpTorrents.net ($925)
UltimateTorrents.com ($1,995)     TorrentsZone.com ($1,695)

**Whois & Quick Stats**

| | |
|---|---|
| Email | abuse@enom.com is associated with ~11,417,453 domains |
| | kof_javed@hotmail.com is associated with ~23 domains |
| Registrant Org | IWEBSPRO is associated with ~26 other domains |
| Registrar | ENOM, INC. |
| Registrar Status | ok |
| Dates | Created on 2010-10-19 - Expires on 2014-10-19 - Updated on 2013-10-17 |
| Name Server(s) | LEAH.NS.CLOUDFLARE.COM (has 470,676 domains) |
| | WALT.NS.CLOUDFLARE.COM (has 470,676 domains) |
| IP Address | 104.28.0.28 - 305 other sites hosted on this server |
| IP Location | 🇺🇸 - Arizona - Phoenix - Cloudflare Inc. |

| | |
|---|---|
| **ASN** | AS13335 CLOUDFLARENET - CloudFlare, Inc.,US (Registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 60 records have been archived since 2010-10-21 |
| **IP History** | 12 changes on 10 unique IP addresses over 4 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 3 changes on 4 unique name servers over 4 years |
| **Whois Server** | whois.enom.com |

| | |
|---|---|
| **Website** | |
| **Website Title** | Verified Torrent Downloads - LimeTorrents.com |
| **Server Type** | cloudflare-nginx |
| **Response Code** | 200 |
| **Alexa Rank** | #517,239: for the last three months. |
| **SEO Score** | 91% |
| **Terms** | 987 (Unique: 539, Linked: 380) |
| **Images** | 2 (Alt tags missing: 0) |
| **Links** | 140   (Internal: 92, Outbound: 8) |

### Whois Record ( last updated on 2014-08-12 )

```
Domain Name: LIMETORRENTS.NET
Registry Domain ID: 1621209622_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2013-09-17 21:47:41Z
Creation Date: 2010-10-19 22:22:00Z
Registrar Registration Expiration Date: 2014-10-19 21:22:52Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email:  abuse@enom.com

Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: ok
Registry Registrant ID:
Registrant Name: MUHAMMAD JAVED ASHRAF
Registrant Organization: IWEBSPRO
Registrant Street: 428-N, SAMANABAD
Registrant City: LAHORE
Registrant State/Province: PUNJAB
Registrant Postal Code: 54700
Registrant Country: PK
Registrant Phone: +92.3238439646
Registrant Phone Ext:
Registrant Fax: +1.5555555555
Registrant Fax Ext:
Registrant Email:  kof_javed@hotmail.com

Registry Admin ID:
Admin Name: MUHAMMAD JAVED ASHRAF
Admin Organization: IWEBSPRO
Admin Street: 428-N, SAMANABAD
Admin City: LAHORE
Admin State/Province: PUNJAB
Admin Postal Code: 54700
Admin Country: PK
Admin Phone: +92.3238439646
Admin Phone Ext:
Admin Fax: +1.5555555555
Admin Fax Ext:
Admin Email:  kof_javed@hotmail.com

Registry Tech ID:
Tech Name: MUHAMMAD JAVED ASHRAF
```

```
Tech Organization: IWEBSPRO
Tech Street: 428-N, SAMANABAD
Tech City: LAHORE
Tech State/Province: PUNJAB
Tech Postal Code: 54700
Tech Country: PK
Tech Phone: +92.3238439646
Tech Phone Ext:
Tech Fax: +1.5555555555
Tech Fax Ext:
Tech Email: kof_javed@hotmail.com

Name Server: LEAH.NS.CLOUDFLARE.COM
Name Server: WALT.NS.CLOUDFLARE.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

**Tools**

| Whois History |
| :---: |

| Hosting History |
| :---: |

| Monitor Domain Properties | |
| :---: | :---: |
| Reverse Whois Lookup | |
| Reverse IP Address Lookup | |
| Reverse Name Server Lookup | |

| Network Tools | |
| :---: | :---: |

| Buy This Domain |
| :---: |

| Visit Website |
| :---: |

| ☐ Preview the Full Domain Report |
| :---: |

# CentralOps.net
Advanced online Internet utilities

a service of :Hexillion

Utilities | About

## Utilities

- Domain Dossier
- Domain Check
- Email Dossier
- Browser Mirror
- Ping
- Traceroute
- NsLookup
- AutoWhois
- TcpQuery
- AnalyzePath

## Domain Dossier  Investigate domains and IP addresses

domain or IP address: `limetorrents.net`

☑ domain whois record   ☑ DNS records   ☐ traceroute

☑ network whois record   ☐ service scan   [go]

user: anonymous [12.1.41.226]
balance: 46 units
log in | account info



## Address lookup

canonical name **limetorrents.net.**

aliases

addresses **2400:cb00:2048:1::681c:1c**
**2400:cb00:2048:1::681c:11c**
**104.28.1.28**
**104.28.0.28**

## Domain Whois record

Queried **whois.internic.net** with "**dom limetorrents.net**"...

```
    Domain Name: LIMETORRENTS.NET
    Registrar: ENOM, INC.
    Whois Server: whois.enom.com
    Referral URL: http://www.enom.com
    Name Server: LEAH.NS.CLOUDFLARE.COM
    Name Server: WALT.NS.CLOUDFLARE.COM
    Status: ok
    Updated Date: 17-oct-2013
    Creation Date: 19-oct-2010
    Expiration Date: 19-oct-2014
```

>>> Last update of whois database: Tue, 12 Aug 2014 21:47:25 UTC <<<

Queried **whois.enom.com** with "**limetorrents.net**"...

```
Domain Name: LIMETORRENTS.NET
Registry Domain ID: 1621209622_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2013-09-17 21:47:41Z
Creation Date: 2010-10-19 22:22:00Z
Registrar Registration Expiration Date: 2014-10-19 21:22:52Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: ok
Registry Registrant ID:
Registrant Name: MUHAMMAD JAVED ASHRAF
Registrant Organization: IWEBSPRO
Registrant Street: 428-N, SAMANABAD
Registrant City: LAHORE
Registrant State/Province: PUNJAB
Registrant Postal Code: 54700
Registrant Country: PK
```

```
Registrant Phone: +92.3238439646
Registrant Phone Ext:
Registrant Fax: +1.5555555555
Registrant Fax Ext:
Registrant Email: KOF_JAVED@HOTMAIL.COM
Registry Admin ID:
Admin Name: MUHAMMAD JAVED ASHRAF
Admin Organization: IWEBSPRO
Admin Street: 428-N, SAMANABAD
Admin City: LAHORE
Admin State/Province: PUNJAB
Admin Postal Code: 54700
Admin Country: PK
Admin Phone: +92.3238439646
Admin Phone Ext:
Admin Fax: +1.5555555555
Admin Fax Ext:
Admin Email: KOF_JAVED@HOTMAIL.COM
Registry Tech ID:
Tech Name: MUHAMMAD JAVED ASHRAF
Tech Organization: IWEBSPRO
Tech Street: 428-N, SAMANABAD
Tech City: LAHORE
Tech State/Province: PUNJAB
Tech Postal Code: 54700
Tech Country: PK
Tech Phone: +92.3238439646
Tech Phone Ext:
Tech Fax: +1.5555555555
Tech Fax Ext:
Tech Email: KOF_JAVED@HOTMAIL.COM
Name Server: LEAH.NS.CLOUDFLARE.COM
Name Server: WALT.NS.CLOUDFLARE.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2013-09-17 21:47:41Z
```

## Network Whois record

Queried **whois.arin.net** with "**n 104.28.1.28**"...

```
NetRange:       104.16.0.0 - 104.31.255.255
CIDR:           104.16.0.0/12
OriginAS:       AS13335
NetName:        CLOUDFLARENET
NetHandle:      NET-104-16-0-0-1
Parent:         NET-104-0-0-0-0
NetType:        Direct Assignment
Comment:        https://www.cloudflare.com
RegDate:        2014-03-28
Updated:        2014-03-28
Ref:            http://whois.arin.net/rest/net/NET-104-16-0-0-1

OrgName:        CloudFlare, Inc.
OrgId:          CLOUD14
Address:        665 Third Street #207
City:           San Francisco
StateProv:      CA
PostalCode:     94107
Country:        US
RegDate:        2010-07-09
Updated:        2013-01-04
Comment:        http://www.cloudflare.com/
Ref:            http://whois.arin.net/rest/org/CLOUD14

OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-650-319-8930
OrgAbuseEmail:  abuse@cloudflare.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:   Admin
OrgTechPhone:  +1-650-319-8930
OrgTechEmail:  admin@cloudflare.com
OrgTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:  noc@cloudflare.com
OrgNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN
```

## DNS records

DNS query for **28.1.28.104.in-addr.arpa** returned an error from the server: **NameError**

DNS query for **c.1.0.0.c.1.8.6.0.0.0.0.0.0.0.0.0.1.0.0.0.8.4.0.2.0.0.b.c.0.0.4.2.ip6.arpa** returned an error from the server: **NameError**

| name | class | type | data | | time to live | |
|------|-------|------|------|--|--------------|--|
| limetorrents.net | IN | SOA | server: | leah.ns.cloudflare.com | 86400s | (1.00:00:00 |
| | | | email: | dns@cloudflare.com | | |
| | | | serial: | 2015707228 | | |
| | | | refresh: | 10000 | | |
| | | | retry: | 2400 | | |
| | | | expire: | 604800 | | |
| | | | minimum ttl: | 3600 | | |
| limetorrents.net | IN | MX | preference: | 0 | 300s | (00:05:00) |
| | | | exchange: | dc-381ebc0e.limetorrents.net | | |
| limetorrents.net | IN | NS | leah.ns.cloudflare.com | | 86400s | (1.00:00:00 |
| limetorrents.net | IN | NS | walt.ns.cloudflare.com | | 86400s | (1.00:00:00 |
| limetorrents.net | IN | AAAA | 2400:cb00:2048:1::681c:1c | | 300s | (00:05:00) |
| limetorrents.net | IN | AAAA | 2400:cb00:2048:1::681c:11c | | 300s | (00:05:00) |
| limetorrents.net | IN | A | 104.28.1.28 | | 300s | (00:05:00) |
| limetorrents.net | IN | A | 104.28.0.28 | | 300s | (00:05:00) |

-- end --

URL for this output  |  return to CentralOps.net, a service of Hexillion

# EXHIBIT F

**Cloutier, Patricia**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, August 12, 2014 4:46 PM |
| **To:** | kof_javed@hotmail.com; freshwap@hotmail.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate Litigation - Proposed Order re 3d Party Discovery.pdf |
| | |
| **Importance:** | High |

Dear Sir or Madam:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>*, United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file today an ***ex parte application*** with the Court seeking leave to conduct expedited third party discovery.  Specifically, Lions Gate will request that the Court enter the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

**Cloutier, Patricia**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, August 12, 2014 4:47 PM |
| **To:** | dmca@billionuploads.com; admin@billionuploads.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate Litigation - Proposed Order re 3d Party Discovery.pdf |
| | |
| **Importance:** | High |

Dear Sir or Madam:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>*, United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file today an ***ex parte application*** with the Court seeking leave to conduct expedited third party discovery.  Specifically, Lions Gate will request that the Court enter the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas

 **KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

**Cloutier, Patricia**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, August 12, 2014 4:48 PM |
| **To:** | abuse@hulkfile.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate Litigation - Proposed Order re 3d Party Discovery.pdf |
| | |
| **Importance:** | High |

Dear Sir or Madam:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>,* United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file today an *ex parte application* with the Court seeking leave to conduct expedited third party discovery.  Specifically, Lions Gate will request that the Court enter the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

**Cloutier, Patricia**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, August 12, 2014 4:48 PM |
| **To:** | DOTSEMPER.COM@domainsbyproxy.com; quasi-mundo@hotmail.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate Litigation - Proposed Order re 3d Party Discovery.pdf |
| | |
| **Importance:** | High |

Dear Sir or Madam:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>,* United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file today an *ex parte application* with the Court seeking leave to conduct expedited third party discovery. Specifically, Lions Gate will request that the Court enter the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California. Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States. Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See: http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

**Cloutier, Patricia**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, August 12, 2014 4:49 PM |
| **To:** | swankshare@gmail.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate Litigation - Proposed Order re 3d Party Discovery.pdf |
| | |
| **Importance:** | High |

Dear Mr. Lim:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>,* United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file today an ***ex parte application*** with the Court seeking leave to conduct expedited third party discovery.  Specifically, Lions Gate will request that the Court enter the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



KILPATRICK
TOWNSEND
ATTORNEYS AT LAW

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

## Cloutier, Patricia

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, August 12, 2014 4:51 PM |
| **To:** | John.arsenault@frontrangelegalservices.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Lions Gate Litigation - Proposed Order re 3d Party Discovery.pdf |

**Importance:**        High

John,

Further to our conversation this afternoon, I am providing you with notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file today an ***ex parte application*** with the Court seeking leave to conduct expedited third party discovery.  Specifically, Lions Gate will request that the Court enter the proposed order attached hereto.

As you know, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas


**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

PROOF OF SERVICE

2

   I, the undersigned say, I am and was at all times herein mentioned a resident of
3 the County of Los Angeles, over the age of eighteen (18) years and not a party to the
within action or proceeding. My business address is 9720 Wilshire Boulevard,
Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of
4 Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose
direction the service mentioned herein below was made.

5

6    On August 12, 2014, I served the following document(s):

7  **DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF EX PARTE**
**APPLICATION FOR EXPEDITED DISCOVERY TO CONFIRM DEFENDANT'S**
8  **IDENTITY AND LOCATION**

9

10 upon *defendants* in this action by means of electronic delivery to the following email
addresses:

11            kof_javed@hotmail.com;
            dmca@billionuploads.com;
12            admin@billionuploads.com;
            abuse@hulkfile.com;
13            John.arsenault@frontrangelegalservices.com
            swankshare@gmail.com;
14            DOTSEMPER.COM@domainsbyproxy.com
            freshwap@hotmail.com
15            quasi-mundo@hotmail.com

16
   As of the filing of this declaration, I have not received any electronic message
17 or other indication that the transmissions were unsuccessful.

18    Also on August 12, 2014, I caused an envelope containing a true copy of the
above documents, with postage thereon fully prepaid, to be placed in the United
19 States mail at Beverly Hills, California, for international service upon the below-
referenced defendants with addresses as follows:
20

21 Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
22 #06-219
Singapore 520812
23 Singapore

24
Muhammad Javed Ashraf d/b/a <limetorrents.com>
25 Iwebspro
428-N, Samanabad
26 Lahore
Punjab 54700
27 Pakistan

28

| John Arsenault | Counsel for dmca@played.to |
| Wessels & Arsenault LLC | |
| 1333 West 120th Avenue Suite 219 | |
| Westminster, CO 80234-2713 | |

I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2014 at Beverly Hills, California.

Patricia Cloutier

- 2 -