UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10 inclusive, d/b/a, &lt;limetorrents.com&gt;, &lt;billionuploads.com&gt;, &lt;hulkfile.eu&gt; &lt;played.to&gt;, &lt;swankshare.com&gt; and &lt;dotsemper.com&gt;, *et al.*,<br><br>Defendants. | Case No. 2:14-cv-06033-MMM-AGR<br><br>**[PROPOSED] ORDER AUTHORIZING EXPEDITED THIRD PARTY DISCOVERY** |

1   This matter came on before the Court on the *ex parte* application for an order
2   authorizing expedited third party discovery filed by plaintiff Lions Gate Films Inc.
3   ("Lions Gate"). The Court has considered the papers submitted by Lions Gate and,
4   finding good cause, hereby GRANTS Lions Gate's application.
5   Pursuant to Federal Rules of Civil Procedure 26(d) and 45 Lions Gate is hereby
6   authorized to serve subpoenas on Enom Inc. and CloudFlare, Inc., whom Lions Gate
7   has identified as likely to be providing services to the defendants, including but not
8   limited to services related to the operation of the websites <limetorrents.com> and
9   <limetorrents.net>.
10  Through these subpoenas, Lions Gate may demand the production of
11  electronically stored information and other documents and information that is
12  reasonably calculated to lead to the discovery of the defendants' true identities,
13  locations and any financial institutions where the defendants may be keeping assets.
14  This includes but is not limited to billing records, website content, server logs and
15  correspondence with the defendant.
16  Lions Gate shall serve the defendants with notice of its subpoenas by email and
17  postal mail to the addresses specified in the Court's Preliminary Injunction. Lions
18  Gate's notice obligations with respect to the subpoenas shall be satisfied upon
19  transmission of the email notices and deposit of the physical notices in outgoing mail.
20  Lions Gate has no obligation to confirm that the email or postal notices were
21  successfully delivered.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Lions Gate may apply to the Court for further subpoena authority in the event such authority becomes necessary for Lions Gate to confirm the identities and locations of the defendants in this case.

IT IS SO ORDERED.

Date: August __, 2014

_____
Hon. Margaret M. Morrow
United States District Judge

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made. |

On August 12, 2014, I served the following document(s):

**[PROPOSED] ORDER AUTHORIZING EXPEDITED THIRD PARTY DISCOVERY**

upon *defendants* in this action by means of electronic delivery to the following email addresses:

> kof_javed@hotmail.com;
> dmca@billionuploads.com;
> admin@billionuploads.com;
> abuse@hulkfile.com;
> John.arsenault@frontrangelegalservices.com
> swankshare@gmail.com;
> DOTSEMPER.COM@domainsbyproxy.com
> freshwap@hotmail.com
> quasi-mundo@hotmail.com

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on August 12, 2014, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

Muhammad Javed Ashraf d/b/a <limetorrents.com>
Iwebspro
428-N, Samanabad
Lahore
Punjab 54700
Pakistan

| John Arsenault | Counsel for dmca@played.to |
|---|---|
| Wessels & Arsenault LLC<br>1333 West 120th Avenue Suite 219<br>Westminster, CO 80234-2713 | |

    I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2014 at Beverly Hills, California.

*/s/ Patricia Cloutier*
Patricia Cloutier

- 2 -