NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10 inclusive, d/b/a, &lt;limetorrents.com&gt;, &lt;billionuploads.com&gt;, &lt;hulkfile.eu&gt; &lt;played.to&gt;, &lt;swankshare.com&gt; and &lt;dotsemper.com&gt;, *et al.*, <br><br> Defendants. | Case No. 2:14-cv-06033-MMM-AGR <br><br> **ORDER AUTHORIZING EXPEDITED THIRD PARTY DISCOVERY** |

1

2   This matter came on before the Court on the *ex parte* application for an order
3   authorizing expedited third party discovery filed by plaintiff Lions Gate Films Inc.
4   ("Lions Gate").  The Court has considered the papers submitted by Lions Gate and,
5   finding good cause, hereby GRANTS Lions Gate's application.

6   Pursuant to Federal Rules of Civil Procedure 26(d) and 45 Lions Gate is hereby
7   authorized to serve subpoenas on Enom Inc. and CloudFlare, Inc., whom Lions Gate
8   has identified as likely to be providing services to the defendants, including ~~but not~~
9   ~~limited to~~ services related to the operation of the websites <limetorrents.com> and
10  <limetorrents.net>.

11  Through these subpoenas, Lions Gate may demand the production of
12  electronically stored information and other documents and information that is
13  reasonably calculated to lead to the discovery of the defendants' true identities,
14  locations. ~~and any financial institutions where the defendants may be keeping assets~~.
15  This includes but is not limited to billing records, website content, server logs and
16  correspondence with the defendant.

17  Lions Gate shall serve the defendants with notice of its subpoenas by email and
18  postal mail to the addresses specified in the Court's Preliminary Injunction.  Lions
19  Gate's notice obligations with respect to the subpoenas shall be satisfied upon
20  transmission of the email notices and deposit of the physical notices in outgoing mail.
21  Lions Gate has no obligation to confirm that the email or postal notices were
22  successfully delivered.

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

ORDER                                                                                          - 2 -
CASE NO. 2:14-CV-06033-MMM-AGR

1 | ///

2 |     Lions Gate may apply to the Court for further subpoena authority in the event
3 | such authority becomes necessary for Lions Gate to confirm the identities and
4 | locations of the defendants in this case.

5 |
6 |
7 |     IT IS SO ORDERED.
8 |
9 | Date: August 13, 2014
10 |
11 |
12 |                                                            *Margaret M. Morrow*
                                                           Hon. Margaret M. Morrow
13 |                                                            United States District Judge

14–28

ORDER — 3 —
CASE NO. 2:14-CV-06033-MMM-AGR