KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:   310-248-3830
Facsimile:   310-860-0363

JOSEPH PETERSEN (admitted *pro hac vice*)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: 212-775-8700
Facsimile: 212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., | Case No. 2:14-cv-06033-MMM-AGR |
| Plaintiff, | |
| v. | *EX PARTE* APPLICATION FOR AN ORDER EXPLICITLY CONFIRMING THAT THE COURT'S PRELIMINARY INJUNCTION APPLIES TO ADDITIONAL INFRINGING WEBSITES |
| JOHN DOES 1-10 inclusive, d/b/a, \<limetorrents.com\>, \<billionuploads.com\>, \<hulkfile.eu\> \<played.to\>, \<swankshare.com\> and \<dotsemper.com\>, *et al.*, | |
| Defendants. | |

Pursuant to Local Rule 7-19 and the Preliminary Injunction previously entered by the Court in this case (Dkt. No. 28), plaintiff Lions Gate Films Inc. ("Lions Gate" or "Plaintiff") hereby applies *ex parte* for an order explicitly confirming that the Court's Preliminary Injunction in this matter applies with respect to the websites <limetorrents.net> and <torrentdownload.biz>. This application is supported by the memorandum of points and authorities, declarations of Edward Cho and Christopher Varas and proposed order submitted herewith, and any other matter that may be presented to the Court prior to its ruling on this application.

Lions Gate provided the defendants with notice of this application as set forth in the accompanying Declaration of Christopher Varas.

To Lions Gate's knowledge, the only defendant in this matter who is represented by counsel is the operator of the website <played.to>, which is not at issue in this application. Counsel for that defendant is:

John Arsenault
Wessels & Arsenault LLC
1333 West 120th Avenue Suite 219
Westminster, CO 80234-2713
(303) 459-7898
John.arsenault@frontrangelegalservices.com

Mr. Arsenault received oral notice of this application at approximately 1:45 p.m. Pacific Daylight Time on September 15 2014.

DATED: September 16, 2014      Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:   /s/ Dennis L. Wilson
      DENNIS L. WILSON

Attorneys for Plaintiff
Lions Gate Films Inc.

|  |  |
|---|---|
| 1 | PROOF OF SERVICE |

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On September 16, 2014, I served the following document(s):

**EX PARTE APPLICATION FOR AN ORDER EXPLICITLY CONFIRMING THAT THE COURT'S PRELIMINARY INJUNCTION APPLIES TO ADDITIONAL INFRINGING WEBSITES**

upon ***defendants*** in this action by means of electronic delivery to the following email addresses:

kof_javed@hotmail.com;
dmca@billionuploads.com;
admin@billionuploads.com;
abuse@hulkfile.com;
John.arsenault@frontrangelegalservices.com
swankshare@gmail.com;
DOTSEMPER.COM@domainsbyproxy.com
freshwap@hotmail.com
quasi-mundo@hotmail.com

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on September 16, 2014, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

Muhammad Javed Ashraf d/b/a <limetorrents.com>
Iwebspro
428-N, Samanabad
Lahore
Punjab 54700
Pakistan

1
2
3
4

| John Arsenault<br>Wessels & Arsenault LLC<br>1333 West 120th Avenue Suite 219<br>Westminster, CO 80234-2713 | Counsel for dmca@played.to |
|---|---|

5      I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP
6 for collection and processing of correspondence for mailing, said practice being that
  in the ordinary course of business, mail is deposited in the United States Postal
7 Service the same day as it is placed for collection. I am aware that on motion of party
  served, service is presumed invalid if postal cancellation date or postage meter date is
8 more than one day after deposit for mailing in affidavit.

9      I declare under penalty of perjury that the foregoing is true and correct.
  Executed on September 16, 2014 at Beverly Hills, California.
10

11                                   _____
                                     Patricia Cloutier
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28