1  KILPATRICK TOWNSEND & STOCKTON LLP
   LARRY W. MCFARLAND (State Bar No. 129668)
2  LMcFarland@kilpatricktownsend.com
   DENNIS L. WILSON (State Bar No. 155407)
3  DWilson@kilpatricktownsend.com
   CHRISTOPHER T. VARAS (State Bar No. 257080)
4  CVaras@kilpatricktownsend.com
   9720 Wilshire Blvd PH
5  Beverly Hills, CA  90212-2018
   Telephone:  310-248-3830
6  Facsimile:   310-860-0363

7  JOSEPH PETERSEN (admitted *pro hac vice*)
   JPetersen@kilpatricktownsend.com
8  The Grace Building
   1114 Avenue of the Americas
9  New York, NY 10036-7703
   Telephone: 212-775-8700
10 Facsimile: 212-775-8800

11 Attorneys for Plaintiff
   LIONS GATE FILMS INC.

12

13              **UNITED STATES DISTRICT COURT**

14         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15                    **WESTERN DIVISION**

16

17 LIONS GATE FILMS INC.,                    Case No. 2:14-cv-06033-MMM-AGR

18              Plaintiff,                    **DECLARATION OF**
                                             **CHRISTOPHER VARAS IN**
19        v.                                 **SUPPORT OF** *EX PARTE*
                                             **APPLICATION FOR AN ORDER**
20 JOHN DOES 1-10 inclusive, d/b/a,          **EXPLICITLY CONFIRMING**
   <limetorrents.com>,                       **THAT THE COURT'S**
21 <billionuploads.com>, <hulkfile.eu>       **PRELIMINARY INJUNCTION**
   <played.to>, <swankshare.com> and         **APPLIES TO ADDITIONAL**
22 <dotsemper.com>, *et al.*                 **INFRINGING WEBSITES**

23              Defendants.

24

25

26

27

28

**DECLARATION OF CHRISTOPHER VARAS**
**CASE NO. 2:14-CV-06033-MMM-AGR**

1        I, Christopher Varas, under penalty of perjury and pursuant to 28 U.S.C. §

2 1746, declare and state as follows:

3        1.    I make this declaration to support the application of Lions Gate Films

4 Inc. ("Lions Gate") for an order explicitly confirming that the Preliminary Injunction

5 entered by the Court in this matter applies to the websites <limetorrents.net> and

6 <torrentdownload.biz>.

7        2.    I am an attorney with the law firm of Kilpatrick Townsend & Stockton,

8 LLP, counsel for Lions Gate in this matter.  I have personal knowledge of the matters

9 stated herein and would testify competently thereto if called upon to do so.

10        3.    Attached hereto as **Exhibit A** are true and correct copies of the WHOIS

11 database registration information for the domain names <limetorrents.com>,

12 <limetorrents.net> and <torrentdownload.biz>, printed from the website

13 <centralops.net>.

14        4.    I spoke with John Arsenault, counsel for the defendant operator of

15 <played.to> on September 15, 2014 at approximately 1:45 p.m. Pacific Daylight

16 Time and gave him verbal notice of this *ex parte* application.  Mr. Arsenault advised

17 me that he does not intend to oppose the application.

18        5.    I gave written notice of this application to all of the defendants in the

19 case by electronic mail.  True and correct copies of the notices are attached hereto as

20 **Exhibit B**.

21        I declare under penalty of perjury under the laws of the United States of

22 America that the foregoing is true and correct.

23

24 Executed on September 16, 2014 at Seattle, Washington.

25

26

27                                                    Christopher Varas

28

**DECLARATION OF CHRISTOPHER VARAS**
**CASE NO. 2:14-CV-06033-MMM-AGR**                                    - 1 -

# EXHIBIT A

## Domain Dossier  Investigate domains and IP addresses

domain or IP address  limetorrents.com

☑ domain whois record      ☑ DNS records      ☐ traceroute

☑ network whois record      ☐ service scan      **go**

user: anonymous [38.104.128.234]
balance: 49 units
log in | account info                                        *centralops.net*

## Address lookup

canonical name **limetorrents.com.**

aliases

addresses **2400:cb00:2048:1::c71b:868e**
**2400:cb00:2048:1::c71b:878e**
**199.27.135.142**
**199.27.134.142**

## Domain Whois record

Queried **whois.internic.net** with "**dom limetorrents.com**"...

```
Domain Name: LIMETORRENTS.COM
Registrar: ENOM, INC.
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: LEAH.NS.CLOUDFLARE.COM
Name Server: WALT.NS.CLOUDFLARE.COM
Status: clientTransferProhibited
Updated Date: 17-oct-2013
Creation Date: 09-jul-2009
Expiration Date: 09-jul-2017
```

>>> Last update of whois database: Mon, 15 Sep 2014 20:26:46 UTC <<<

Queried **whois.enom.com** with "**limetorrents.com**"...

```
Domain Name: LIMETORRENTS.COM
Registry Domain ID: 1561799175_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2011-04-27 00:09:02Z
Creation Date: 2009-07-09 09:46:00Z
Registrar Registration Expiration Date: 2017-07-09 09:46:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: MUHAMMAD JAVED ASHRAF
Registrant Organization: IWEBSPRO
```

http://centralops.net/co/DomainDossier.aspx

```
Registrant Street: 428-N, SAMANABAD
Registrant City: LAHORE
Registrant State/Province: PUNJAB
Registrant Postal Code: 54700
Registrant Country: PK
Registrant Phone: +92.3238439646
Registrant Phone Ext:
Registrant Fax: +1.5555555555
Registrant Fax Ext:
Registrant Email: KOF_JAVED@HOTMAIL.COM
Registry Admin ID:
Admin Name: MUHAMMAD JAVED ASHRAF
Admin Organization: IWEBSPRO
Admin Street: 428-N, SAMANABAD
Admin City: LAHORE
Admin State/Province: PUNJAB
Admin Postal Code: 54700
Admin Country: PK
Admin Phone: +92.3238439646
Admin Phone Ext:
Admin Fax: +1.5555555555
Admin Fax Ext:
Admin Email: KOF_JAVED@HOTMAIL.COM
Registry Tech ID:
Tech Name: MUHAMMAD JAVED ASHRAF
Tech Organization: IWEBSPRO
Tech Street: 428-N, SAMANABAD
Tech City: LAHORE
Tech State/Province: PUNJAB
Tech Postal Code: 54700
Tech Country: PK
Tech Phone: +92.3238439646
Tech Phone Ext:
Tech Fax: +1.5555555555
Tech Fax Ext:
Tech Email: KOF_JAVED@HOTMAIL.COM
Name Server: LEAH.NS.CLOUDFLARE.COM
Name Server: WALT.NS.CLOUDFLARE.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2011-04-27 00:09:02Z
```

## Network Whois record

Queried **whois.arin.net** with "**n 199.27.135.142**"...

```
NetRange:       199.27.128.0 - 199.27.135.255
CIDR:           199.27.128.0/21
OriginAS:       AS13335
NetName:        CLOUDFLARENET
NetHandle:      NET-199-27-128-0-1
Parent:         NET-199-0-0-0-0
NetType:        Direct Assignment
RegDate:        2010-08-19
Updated:        2012-03-02
Ref:            http://whois.arin.net/rest/net/NET-199-27-128-0-1

OrgName:        CloudFlare, Inc.
OrgId:          CLOUD14
Address:        665 Third Street #207
City:           San Francisco
StateProv:      CA
PostalCode:     94107
```

```
Country:          US
RegDate:          2010-07-09
Updated:          2013-01-04
Comment:          http://www.cloudflare.com/
Ref:              http://whois.arin.net/rest/org/CLOUD14

OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-650-319-8930
OrgAbuseEmail:  abuse@cloudflare.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:   Admin
OrgTechPhone:  +1-650-319-8930
OrgTechEmail:  admin@cloudflare.com
OrgTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:  noc@cloudflare.com
OrgNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN

RTechHandle: ADMIN2521-ARIN
RTechName:   Admin
RTechPhone:  +1-650-319-8930
RTechEmail:  admin@cloudflare.com
RTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

RAbuseHandle: ABUSE2916-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-650-319-8930
RAbuseEmail:  abuse@cloudflare.com
RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

RNOCHandle: NOC11962-ARIN
RNOCName:   NOC
RNOCPhone:  +1-650-319-8930
RNOCEmail:  noc@cloudflare.com
RNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN
```

## DNS records

| name | class | type | data | |
|------|-------|------|------|---|
| limetorrents.com | IN | SOA | server: | leah.n: |
| | | | email: | dns@c |
| | | | serial: | 20161 |
| | | | refresh: | 10000 |
| | | | retry: | 2400 |
| | | | expire: | 60480 |
| | | | minimum ttl: | 3600 |
| limetorrents.com | IN | TXT | google-site-verificatio K84nnhXWDavbvxFZJ | |
| limetorrents.com | IN | TXT | google-site-verificatio | |

|  |  |  | v42bfu1q67ZGN_mQ_ |
|---|---|---|---|
| limetorrents.com | IN | NS | leah.ns.cloudflare.com |
| limetorrents.com | IN | NS | walt.ns.cloudflare.com |
| limetorrents.com | IN | MX | preference: 0 |
|  |  |  | exchange:   dc-bf23 |
| limetorrents.com | IN | AAAA | 2400:cb00:2048:1::c |
| limetorrents.com | IN | AAAA | 2400:cb00:2048:1::c |
| limetorrents.com | IN | A | 199.27.135.142 |
| limetorrents.com | IN | A | 199.27.134.142 |
| 142.135.27.199.in-addr.arpa | IN | PTR | cf-199-27-135-142.cl |
| e.8.6.8.b.1.7.c.0.0.0.0.0.0.0.1.0.0.0.8.4.0.2.0.0.b.c.0.0.4.2.ip6.arpa | IN | PTR | cf-2400-cb00-2048-0 |
|  |  |  | 868e.cloudflare.com |
| 0.0.b.c.0.0.4.2.ip6.arpa | IN | NS | ns2.cloudflare.com |
| 0.0.b.c.0.0.4.2.ip6.arpa | IN | NS | ns1.cloudflare.com |
| 0.0.b.c.0.0.4.2.ip6.arpa | IN | RRSIG | type covered:  NSEC (4 |
|  |  |  | algorithm:  RSA/SH/ |
|  |  |  | labels:  10 |
|  |  |  | original ttl:  172800 |
|  |  |  | signature expiration:  2014-10 |
|  |  |  | signature inception:  2014-09 |
|  |  |  | key tag:  9256 |
|  |  |  | signer's name:  0.4.2.ip6 |
|  |  |  | signature: (1024 bits)  27B8434: 05B962A FF44951: F67759F 761B5F8. 24D42CE 4E5AF46( B8A2DC8: |
| 0.0.b.c.0.0.4.2.ip6.arpa | IN | NSEC | next domain name: |
|  |  |  | record types: |

-- end --

URL for this output  |  return to CentralOps.net, a service of Hexillion

## Domain Dossier    Investigate domains and IP addresses

domain or IP address    limetorrents.net

☑ domain whois record        ☑ DNS records        ☐ traceroute

☑ network whois record       ☐ service scan       **go**

user: anonymous [38.104.128.234]
balance: 48 units
log in | account info                        *CentralOps.net*

## Address lookup

canonical name **limetorrents.net.**

aliases

addresses **67.230.161.132**

## Domain Whois record

Queried **whois.internic.net** with "**dom limetorrents.net**"...

```
Domain Name: LIMETORRENTS.NET
Registrar: ENOM, INC.
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: PNS1.CLOUDNS.NET
Name Server: PNS2.CLOUDNS.NET
Name Server: PNS3.CLOUDNS.NET
Name Server: PNS4.CLOUDNS.NET
Name Server: PNS5.CLOUDNS.NET
Name Server: PNS6.CLOUDNS.NET
Name Server: PNS7.CLOUDNS.NET
Name Server: PNS8.CLOUDNS.NET
Name Server: PNS9.CLOUDNS.NET
Status: ok
Updated Date: 19-aug-2014
Creation Date: 19-oct-2010
Expiration Date: 19-oct-2014
```

>>> Last update of whois database: Mon, 15 Sep 2014 21:03:56 UTC <<<

Queried **whois.enom.com** with "**limetorrents.net**"...

```
Domain Name: LIMETORRENTS.NET
Registry Domain ID: 1621209622_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2013-09-17 21:47:41Z
Creation Date: 2010-10-19 22:22:00Z
Registrar Registration Expiration Date: 2014-10-19 21:22:52Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Reseller: NAMECHEAP.COM
```

http://centralops.net/co/DomainDossier.aspx

```
Domain Status: ok
Registry Registrant ID:
Registrant Name: MUHAMMAD JAVED ASHRAF
Registrant Organization: IWEBSPRO
Registrant Street: 428-N, SAMANABAD
Registrant City: LAHORE
Registrant State/Province: PUNJAB
Registrant Postal Code: 54700
Registrant Country: PK
Registrant Phone: +92.3238439646
Registrant Phone Ext:
Registrant Fax: +1.5555555555
Registrant Fax Ext:
Registrant Email: KOF_JAVED@HOTMAIL.COM
Registry Admin ID:
Admin Name: MUHAMMAD JAVED ASHRAF
Admin Organization: IWEBSPRO
Admin Street: 428-N, SAMANABAD
Admin City: LAHORE
Admin State/Province: PUNJAB
Admin Postal Code: 54700
Admin Country: PK
Admin Phone: +92.3238439646
Admin Phone Ext:
Admin Fax: +1.5555555555
Admin Fax Ext:
Admin Email: KOF_JAVED@HOTMAIL.COM
Registry Tech ID:
Tech Name: MUHAMMAD JAVED ASHRAF
Tech Organization: IWEBSPRO
Tech Street: 428-N, SAMANABAD
Tech City: LAHORE
Tech State/Province: PUNJAB
Tech Postal Code: 54700
Tech Country: PK
Tech Phone: +92.3238439646
Tech Phone Ext:
Tech Fax: +1.5555555555
Tech Fax Ext:
Tech Email: KOF_JAVED@HOTMAIL.COM
Name Server: PNS1.CLOUDNS.NET
Name Server: PNS2.CLOUDNS.NET
Name Server: PNS3.CLOUDNS.NET
Name Server: PNS4.CLOUDNS.NET
Name Server: PNS5.CLOUDNS.NET
Name Server: PNS6.CLOUDNS.NET
Name Server: PNS7.CLOUDNS.NET
Name Server: PNS8.CLOUDNS.NET
Name Server: PNS9.CLOUDNS.NET
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2013-09-17 21:47:41Z
```

## Network Whois record

Queried **rwhois.caratnetworks.com** with **"67.230.161.132"**...

```
%rwhois V-1.0,V-1.5:000090h:00 rwhois.omnis.com (Omnis RWhois Server V-1.0.0)
network:Class-Name:network
network:ID:NET-3523-67.230.161.128/29
network:Auth-Area:67.230.160.0/19
network:Network-Name:67.230.161.128/29
network:IP-Network:67.230.161.128/29
```

```
network:Organization:FreshWap
network:Street-Address:428-N, Samanabad
network:City:Lahore
network:State:Punjab
network:Postal-Code:54700
network:Country-Code:PK
network:Tech-Email;I:freshwap@hotmail.com
network:Admin-Email;I:freshwap@hotmail.com
network:Abuse-Email;I:abuse@caratnetworks.com
network:Created:20121029105520
network:Updated:201101010000
network:Updated-By:support@caratnetworks.com
%ok
```

Queried **whois.arin.net** with "**n 67.230.161.132**"...

```
NetRange:        67.230.160.0 - 67.230.191.255
CIDR:            67.230.160.0/19
OriginAS:
NetName:         CLEARANCE-RACK
NetHandle:       NET-67-230-160-0-1
Parent:          NET-67-0-0-0-0
NetType:         Direct Allocation
RegDate:         2009-12-11
Updated:         2012-03-02
Ref:             http://whois.arin.net/rest/net/NET-67-230-160-0-1

OrgName:         Carat Networks Inc
OrgId:           CLEAR-73
Address:         2-140 King St. East
Address:         Suite 311
City:            Hamilton
StateProv:       ON
PostalCode:      L8N 1B2
Country:         CA
RegDate:         2008-02-25
Updated:         2012-10-30
Ref:             http://whois.arin.net/rest/org/CLEAR-73

ReferralServer: rwhois://rwhois.caratnetworks.com:4321

OrgTechHandle: FROMM1-ARIN
OrgTechName:   Fromm, James
OrgTechPhone:  +1-310-316-1425
OrgTechEmail:  fromm@caratnetworks.com
OrgTechRef:    http://whois.arin.net/rest/poc/FROMM1-ARIN

OrgAbuseHandle: NETWO2982-ARIN
OrgAbuseName:   Network Abuse
OrgAbusePhone:  +1-905-390-3680
OrgAbuseEmail:  abuse@caratnetworks.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/NETWO2982-ARIN
```

## DNS records

DNS query for **132.161.230.67.in-addr.arpa** returned an error from the server: **NameError**

| name | class | type | data | | time to live |
|---|---|---|---|---|---|
| limetorrents.net | IN | SOA | server: | ns1.cloudns.net | 3600s  (01:00:00) |
| | | | email: | support@cloudns.net | |

http://centralops.net/co/DomainDossier.aspx

```
                                serial:        2014082012
                                refresh:       7200
                                retry:         1800
                                expire:        1209600
                                minimum ttl:   3600
```

| limetorrents.net | IN | A  | 67.230.161.132    | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns5.cloudns.net  | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns2.cloudns.net  | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns4.cloudns.net  | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns6.cloudns.net  | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns3.cloudns.net  | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns7.cloudns.net  | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns8.cloudns.net  | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns1.cloudns.net  | 3600s  (01:00:00) |
| limetorrents.net | IN | NS | pns9.cloudns.net  | 3600s  (01:00:00) |

-- end --
URL for this output  |  return to CentralOps.net, a service of Hexillion

# Domain Dossier  Investigate domains and IP addresses

domain or IP address   torrentdownload.biz

☑ domain whois record        ☑ DNS records        ☐ traceroute

☑ network whois record       ☐ service scan       **go**

user: anonymous [38.104.128.234]
balance: 47 units
log in | account info

*CentralOps.net*

## Address lookup

canonical name   **torrentdownload.biz.**

aliases

addresses   **94.242.222.60**

## Domain Whois record

Queried **whois.biz** with "**torrentdownload.biz**"...

```
Domain Name:                              TORRENTDOWNLOAD.BIZ
Domain ID:                                D52485711-BIZ
Sponsoring Registrar:                     ENOM, INC.
Sponsoring Registrar IANA ID:             48
Registrar URL (registration services):    whois.enom.com
Domain Status:                            clientTransferProhibited
Registrant ID:                            9FDD9C83BB6C3746
Registrant Name:                          Muhammad Javed Ashraf
Registrant Organization:                  iWebsPro
Registrant Address1:                      428-N, Samanabad
Registrant City:                          Lahore
Registrant State/Province:                Punjab
Registrant Postal Code:                   54700
Registrant Country:                       Pakistan
Registrant Country Code:                  PK
Registrant Phone Number:                  +92.3238439646
Registrant Email:                         kof_javed@hotmail.com
Administrative Contact ID:                9FDD9C83BB6C3746
Administrative Contact Name:              Muhammad Javed Ashraf
Administrative Contact Organization:      iWebsPro
Administrative Contact Address1:          428-N, Samanabad
Administrative Contact City:              Lahore
Administrative Contact State/Province:    Punjab
Administrative Contact Postal Code:       54700
Administrative Contact Country:           Pakistan
Administrative Contact Country Code:      PK
Administrative Contact Phone Number:      +92.3238439646
Administrative Contact Email:             kof_javed@hotmail.com
Billing Contact ID:                       9FDD9C83BB6C3746
Billing Contact Name:                     Muhammad Javed Ashraf
Billing Contact Organization:             iWebsPro
Billing Contact Address1:                 428-N, Samanabad
Billing Contact City:                     Lahore
Billing Contact State/Province:           Punjab
Billing Contact Postal Code:              54700
```

torrentdownload.biz - Domain Dossier - owner and registrar information, whois and DNS records   Page 13 of 26   Page ID
Case 2:14-cv-06933-MMM-AGR   Document 36-2   Filed 09/16/14   Page 13 of 26   Page ID
#:681

```
Billing Contact Country:          Pakistan
Billing Contact Country Code:     PK
Billing Contact Phone Number:     +92.3238439646
Billing Contact Email:            kof_javed@hotmail.com
Technical Contact ID:             9FDD9C83BB6C3746
Technical Contact Name:           Muhammad Javed Ashraf
Technical Contact Organization:   iWebsPro
Technical Contact Address1:       428-N, Samanabad
Technical Contact City:           Lahore
Technical Contact State/Province: Punjab
Technical Contact Postal Code:    54700
Technical Contact Country:        Pakistan
Technical Contact Country Code:   PK
Technical Contact Phone Number:   +92.3238439646
Technical Contact Email:          kof_javed@hotmail.com
Name Server:                      PNS1.CLOUDNS.NET
Name Server:                      PNS2.CLOUDNS.NET
Name Server:                      PNS3.CLOUDNS.NET
Name Server:                      PNS4.CLOUDNS.NET
Name Server:                      PNS5.CLOUDNS.NET
Name Server:                      PNS6.CLOUDNS.NET
Name Server:                      PNS7.CLOUDNS.NET
Name Server:                      PNS8.CLOUDNS.NET
Created by Registrar:             ENOM, INC.
Last Updated by Registrar:        ENOM, INC.
Domain Registration Date:         Thu Dec 13 21:57:48 GMT 2012
Domain Expiration Date:           Fri Dec 12 23:59:59 GMT 2014
Domain Last Updated Date:         Sat Dec 21 06:34:30 GMT 2013
```

>>>> Whois database was last updated on: Mon Sep 15 21:03:03 GMT 2014 <<<<

## Network Whois record

Queried **whois.ripe.net** with **"-B 94.242.222.60"**...

% Information related to '94.242.192.0 - 94.242.255.255'

% Abuse contact for '94.242.192.0 - 94.242.255.255' is 'abuse@as5577.net'

```
inetnum:        94.242.192.0 - 94.242.255.255
netname:        LU-ROOT-20081021
descr:          root SA
country:        LU
org:            ORG-re8-RIPE
admin-c:        AB99-RIPE
tech-c:         RE655-RIPE
status:         ALLOCATED PA
mnt-by:         RIPE-NCC-HM-MNT
mnt-lower:      ROOT-MNT
mnt-routes:     ROOT-MNT
mnt-domains:    ROOT-MNT
notify:         admin@root.lu
changed:        hostmaster@ripe.net 20081021
changed:        hostmaster@ripe.net 20100216
source:         RIPE

organisation:   ORG-RE8-RIPE
org-name:       root SA
org-type:       LIR
address:        root SA
address:        Andy BIERLAIR
address:        3, op der Poukewiss
address:        7795
```

torrentdownload.biz - Domain Dossier - owner and registrar information, whois and DNS records

```
address:         Roost - Bissen
address:         LUXEMBOURG
phone:           +35220500
fax-no:          +35220500500
e-mail:          ab@root.lu
admin-c:         AB99-RIPE
mnt-ref:         RIPE-NCC-HM-MNT
mnt-ref:         ROOT-MNT
notify:          admin@root.lu
mnt-by:          RIPE-NCC-HM-MNT
changed:         hostmaster@ripe.net 20071105
changed:         bitbucket@ripe.net 20071105
changed:         bitbucket@ripe.net 20071105
changed:         bitbucket@ripe.net 20071105
changed:         bitbucket@ripe.net 20071105
changed:         bitbucket@ripe.net 20080606
changed:         bitbucket@ripe.net 20081018
changed:         bitbucket@ripe.net 20100203
changed:         bitbucket@ripe.net 20100224
changed:         bitbucket@ripe.net 20130911
changed:         bit-bucket@ripe.net 20131119
abuse-c:         RE655-RIPE
source:          RIPE


role:            root eSolutions
address:         3, op der Poukewiss
address:         7795 Roost - Bissen
address:         Luxembourg
phone:           +352 20.500
fax-no:          +352 20.500.500
e-mail:          info@root.lu
abuse-mailbox:   abuse@as5577.net
remarks:         For operational issues please contact to noc@as5577.net
admin-c:         AB99-RIPE
tech-c:          AB99-RIPE
nic-hdl:         RE655-RIPE
mnt-by:          ROOT-MNT
changed:         noc@as5577.net 20140116
source:          RIPE


person:          Andy BIERLAIR
address:         root SA
address:         35, rue John F. Kennedy
address:         7327 Steinsel
address:         Luxembourg
phone:           +352 20.500
fax-no:          +352 20.500.500
nic-hdl:         AB99-RIPE
mnt-by:          ROOT-MNT
remarks:
remarks:         +----------------------------------+
remarks:         | I did *NOT* spam your mailbox!    |
remarks:         | I will *NOT* reply to abuse mails! |
remarks:         |                                  |
remarks:         | Please contact abuse@as5577.net ! |
remarks:         +----------------------------------+
remarks:
e-mail:          ab@root.lu
notify:          ab@root.lu
changed:         ab@root.lu 20110207
source:          RIPE


% Information related to '94.242.192.0/18AS5577'

route:           94.242.192.0/18
```

torrentdownload.biz - Domain Dossier - owner and registrar information, whois and DNS records

```
descr:        root SA
origin:       AS5577
mnt-by:       ROOT-MNT
notify:       noc@as5577.net
changed:      noc@as5577.net 20091126
source:       RIPE

% This query was served by the RIPE Database Query Service version 1.75 (DB-4)
```

## DNS records

| name | class | type | data | | time to live |
|------|-------|------|------|---|--------------|
| torrentdownload.biz | IN | A | 94.242.222.60 | | 900s (00:15:0 |
| torrentdownload.biz | IN | SOA | server: | ns1.cloudns.net | 3600s (01:00:0 |
| | | | email: | kof_javed@hotmail.com | |
| | | | serial: | 2014031101 | |
| | | | refresh: | 7200 | |
| | | | retry: | 1800 | |
| | | | expire: | 1209600 | |
| | | | minimum ttl: | 3600 | |
| torrentdownload.biz | IN | RRSIG | type covered: | NSEC (47) | 86400s (1.00:00 |
| | | | algorithm: | RSA/SHA-256 (8) | |
| | | | labels: | 2 | |
| | | | original ttl: | 86400 (1.00:00:00) | |
| | | | signature expiration: | 2014-10-03 23:14:51Z | |
| | | | signature inception: | 2014-09-03 22:46:36Z | |
| | | | key tag: | 34545 | |
| | | | signer's name: | biz | |
| | | | signature: (1024 bits) | BBC8E9C6C0BA02F54CF358F88DA61797 CA06B130792E73854EC01D8C4F83900F F87A2380AB6EBB6A0B710537F981AD25 515938F75697C697599A96DDCBA41290 1447281BA562C777B9C614946CEBD89B C24CE470F139E750788D2FC57684099D C6CDC68F3E4BF150298B463AB71A6CDF 030A8C9EDE2B36B835B06C741CD19F88 | |
| torrentdownload.biz | IN | NSEC | next domain name: | torrentdownloads.biz | 86400s (1.00:00 |
| | | | record types: | NS RRSIG NSEC | |
| torrentdownload.biz | IN | NS | pns2.cloudns.net | | 3600s (01:00:0 |
| torrentdownload.biz | IN | NS | pns7.cloudns.net | | 3600s (01:00:0 |

torrentdownload.biz – Domain Dossier – owner and registrar information, whois and DNS records

| | | | | | |
|---|---|---|---|---|---|
| torrentdownload.biz | IN | NS | pns6.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | ns4.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | ns2.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | pns1.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | pns5.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | pns8.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | pns4.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | pns3.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | ns3.cloudns.net | 3600s | (01:00:0 |
| torrentdownload.biz | IN | NS | ns1.cloudns.net | 3600s | (01:00:0 |
| 60.222.242.94.in-addr.arpa | IN | PTR | ip-static-94-242-222-60.as5577.net | 3600s | (01:00:0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 222.242.94.in-addr.arpa | IN | SOA | server: | a.root.lu | 3600s | (01:00:0 |
| | | | email: | noc@as5577.net | | |
| | | | serial: | 1410804518 | | |
| | | | refresh: | 10800 | | |
| | | | retry: | 1800 | | |
| | | | expire: | 3024000 | | |
| | | | minimum ttl: | 3600 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 222.242.94.in-addr.arpa | IN | RRSIG | type covered: | NSEC (47) | 7199s | (01:59:5 |
| | | | algorithm: | RSA/SHA-1 (5) | | |
| | | | labels: | 5 | | |
| | | | original ttl: | 7200 (02:00:00) | | |
| | | | signature expiration: | 2014-10-15 14:39:28Z | | |
| | | | signature inception: | 2014-09-15 13:39:28Z | | |
| | | | key tag: | 26032 | | |
| | | | signer's name: | 94.in-addr.arpa | | |
| | | | signature: (1024 bits) | 2246B8B6AF286EEF4B1DD82DF45130EA 35A373D98D3E07D70BF1631BF8280CCD ABD222AE5E7DF144FB89E7ED81935B18 2EFC2EF5077BEE09F235FF3000D8B604 0DF81B5D8AE1E8432834EBA8B855BAE5 377FAF68BFA6216DD3A31C84A7D50117 55F8AFBD022A01994011722E018455F0 BF3D5AC1E18B82177030D44BD324D43A | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 222.242.94.in-addr.arpa | IN | NSEC | next domain name: | 223.242.94.in-addr.arpa | 7199s | (01:59:5 |

torrentdownload.biz - Domain Dossier - owner and registrar information, whois and DNS records

|  |  |  | record types: | NS RRSIG NSEC |  |  |
|---|---|---|---|---|---|---|
| 222.242.94.in-addr.arpa | IN | NS | c.root.lu |  | 3600s | (01:00:0 |
| 222.242.94.in-addr.arpa | IN | NS | a.root.lu |  | 3600s | (01:00:0 |
| 222.242.94.in-addr.arpa | IN | NS | b.root.lu |  | 3600s | (01:00:0 |

-- end --
URL for this output  |  return to CentralOps.net, a service of Hexillion

http://centralops.net/co/DomainDossier.aspx

# EXHIBIT B

## Cloutier, Patricia

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, September 16, 2014 2:55 PM |
| **To:** | dmca@billionuploads.com; admin@billionuploads.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Proposed Order.pdf |

Dear Sir or Madam:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>,* United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file on September 16 an ***ex parte application*** with the Court seeking the relief specified in the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

**Cloutier, Patricia**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, September 16, 2014 2:54 PM |
| **To:** | kof_javed@hotmail.com; freshwap@hotmail.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Proposed Order.pdf |

Dear Sir or Madam:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>,* United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file on September 16 an ***ex parte application*** with the Court seeking the relief specified in the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

## Cloutier, Patricia

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, September 16, 2014 2:54 PM |
| **To:** | abuse@hulkfile.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Proposed Order.pdf |

Dear Sir or Madam:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>,* United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file on September 16 an ***ex parte application*** with the Court seeking the relief specified in the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas

 KILPATRICK TOWNSEND
ATTORNEYS AT LAW

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

**Cloutier, Patricia**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, September 16, 2014 2:53 PM |
| **To:** | DOTSEMPER.COM@domainsbyproxy.com; quasi-mundo@hotmail.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Proposed Order.pdf |

Dear Sir or Madam:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>,* United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file on September 16 an ***ex parte application*** with the Court seeking the relief specified in the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California. Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States. Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See: http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882 579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



KILPATRICK
TOWNSEND

ATTORNEYS AT LAW

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

**Cloutier, Patricia**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, September 16, 2014 2:53 PM |
| **To:** | swankshare@gmail.com |
| **Subject:** | Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Proposed Order.pdf |

Dear Mr. Lim:

This notice relates to *Lions Gate Films, Inc. v. John Does 1-10, inclusive, d/b/a <limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and <dotsemper.com>,* United States District Court Case No. 2:14-cv-06033-MMM-AGR, Central District of California (the "Action")

Please take notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file on September 16 an ***ex parte application*** with the Court seeking the relief specified in the proposed order attached hereto.

As we have previously notified you, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California.  Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States.  Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



## KILPATRICK TOWNSEND

ATTORNEYS AT LAW

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

## Cloutier, Patricia

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, September 16, 2014 2:52 PM |
| **To:** | John.arsenault@frontrangelegalservices.com |
| **Subject:** | RE: Lions Gate Litigation - NOTICE OF EX PARTE APPLICATION |
| **Attachments:** | Proposed Order.pdf |

John,

Further to our conversation yesterday afternoon, I am providing you with notice that Lions Gate Films Inc. ("Lions Gate") is preparing to file on September 16 an *ex parte application* with the Court seeking the relief specified in the proposed order attached hereto.

As you know, the Action has been assigned to the Honorable Margaret M. Morrow in the Western Division of the Central District of California. Judge Morrow's courtroom is Courtroom #780 in the United States Federal Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, United States. Judge Morrow's requirements for *ex parte* applications state as follows:

> Refer to L.R. 7-19 and Local Rule 5-4. A hearing is not required unless notified by the court. As a general policy, all oppositions are due within **24-hours from service** of the ex parte. Also, opposing counsel shall contact the clerk within 24-hours as to their position. Counsel shall be notified by order of the Court's ruling. DO NOT CONTACT THE CLERK INQUIRING THE STATUS OF THE EX PARTE APPLICATION.

See: http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/0081ef3cb5ddeab2882579f5006b0803?OpenDocument

You will be served by electronic mail with a copy of Lions Gate's moving papers.

Sincerely,
Christopher Varas



**ATTORNEYS AT LAW**

**Christopher Varas**
Kilpatrick Townsend & Stockton LLP
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

1

1

PROOF OF SERVICE

2
3
4
5

    I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

6

    On September 16, 2014, I served the following document(s):

7
8

**DECLARATION OF CHRISTOPHER VARAS IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER EXPLICITLY CONFIRMING THAT THE COURT'S PRELIMINARY INJUNCTION APPLIES TO ADDITIONAL INFRINGING WEBSITES**

9
10

upon **_defendants_** in this action by means of electronic delivery to the following email addresses:

11
12
13
14
15

        kof_javed@hotmail.com;
        dmca@billionuploads.com;
        admin@billionuploads.com;
        abuse@hulkfile.com;
        John.arsenault@frontrangelegalservices.com
        swankshare@gmail.com;
        DOTSEMPER.COM@domainsbyproxy.com
        freshwap@hotmail.com
        quasi-mundo@hotmail.com

16
17

    As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

18
19
20

    Also on September 16, 2014, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

21
22
23

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

24
25
26
27

Muhammad Javed Ashraf d/b/a <limetorrents.com>
Iwebspro
428-N, Samanabad
Lahore
Punjab 54700
Pakistan

28

| John Arsenault | Counsel for dmca@played.to |
|---|---|
| Wessels & Arsenault LLC | |
| 1333 West 120th Avenue Suite 219 | |
| Westminster, CO 80234-2713 | |

I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2014 at Beverly Hills, California.

Patricia Cloutier

- 2 -