KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

JOSEPH PETERSEN (admitted *pro hac vice*)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: 212-775-8700
Facsimile: 212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10 inclusive, d/b/a, \<limetorrents.com\>, \<billionuploads.com\>, \<hulkfile.eu\> \<played.to\>, \<swankshare.com\> and \<dotsemper.com\>, *et al.* <br><br> Defendants. | Case No. 2:14-cv-06033-MMM-AGR <br><br> **DECLARATION OF EDWARD CHO IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER EXPLICITLY CONFIRMING THAT THE COURT'S PRELIMINARY INJUNCTION APPLIES TO ADDITIONAL INFRINGING WESTIES** |

I, Edward Cho, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I make this declaration to support the application of Lions Gate Films Inc. ("Lions Gate") for an order explicitly confirming that the Preliminary Injunction entered by the Court in this matter applies to the websites <limetorrents.net> and <torrentdownload.biz>, and to correct certain details from my prior declaration in this case, filed on August 1, 2014.

2. I am a Director of Global Operations at MarkMonitor, Inc. ("MarkMonitor"), a Thomson Reuters anti-piracy company focusing on, among other things, monitoring online websites and networks for infringing content. In connection with my anti-piracy work at MarkMonitor I supervise, directly or indirectly, a team of approximately 100 specialists who focus their efforts on identifying and addressing piracy of a broad range of copyrighted works, including movies, music, software, games and e-books.

3. The statements made in this declaration are based on my personal knowledge including on information provided to me by colleagues or other personnel working under my supervision. If called to testify, I would testify as follows:

4. In my duties as Director of Global Operations at MarkMonitor, I have recently overseen work that the company has done on behalf of Lions Gate with respect to Lions Gate's theatrical release *The Expendables 3* (the "Film"). I

previously submitted a declaration in this matter in support of Lions Gate's application for a temporary restraining order and order to show cause why a preliminary injunction should not issue.

5. MarkMonitor has discovered that the websites <limetorrents.net> and <torrentdownload.biz> are disseminating the Film by promoting the peer-to-peer filesharing "BitTorrent" protocol as shown (without limitation) in the true and correct screen captures attached hereto as **Exhibit A**. Websites that promote the BitTorrent protocol, including <limetorrents.net> and <torrentdownload.biz> host small files called "torrent" files. Each torrent file contains an instruction set including a unique "hash value" that allows the end user's client program to locate and connect to a group of other users (called a "swarm") who are all simultaneously sharing copies of, in the case of <limetorrents.net> and <torrentdownload.biz>, the Film with one another. By downloading one of these torrent files associated with the Film from <limetorrents.net> and/or <torrentdownload.biz>, users join a "swarm" where they download parts of the Film from many different users and also upload to other users parts of the Film they have already received, until eventually they have reproduced the entire Film on their own hard drives and, in most cases, have also uploaded all or a substantial part of the Film to others.

6. MarkMonitor has verified that multiple torrent files on both of these sites allow users to join "swarms" where copies of the Film are being uploaded and downloaded.

7. Subsequent to the filing of my prior declaration, MarkMonitor discovered that the takedown notices attached to my prior declaration as Exhibit G included some URLs ("false positive links") that advertised that infringing copies of the Film were available via these URLs, when in reality these URLs linked to other content.

8. MarkMonitor has verified that despite the "false positive links", each of the six websites discussed in my prior declaration was disseminating multiple infringing copies of the Film at the time the declaration was filed. However, MarkMonitor has determined that the following corrections to my prior declaration should be made.

9. MarkMonitor has identified 106 of the 10,846 unique host URLs referenced in Paragraph 9 of my prior declaration as being incorrectly labeled as containing infringing copies of the Film.

10. It is possible that some of the screen captures attached to Exhibits A and C to my prior declaration showed "false positive links", though to the best of MarkMonitor's knowledge both of those exhibits primarily included screen captures showing links that did provide users with access to infringing copies of the Film.

//

//

//

//

11. It is possible that the first infringing copies of the Film appeared on <swankshare.com> after July 25, 2014 (the date referenced in my prior declaration), though MarkMonitor has confirmed that copies of the Film were being hosted on that site at least as early as July 30, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16 2014 at  LOS ANGELES, CA            .

_____
Edward Cho

# EXHIBIT A


















torrentdownload.biz/The-Expendables-3-2014-DVDSCR-XviD-VAiN/ef5ea1d90ae1428f7f8965d837607da26123c1a2

**torrent** download

| Home | Latest Torrents | Top Torrents | Tags | | Profile | Help |

Search here                                                     Search Torrents

| The Expendables 3 2014 DVDSCR XviD VAiN Torrent Download | | Added Last Month |
|---|---|---|
| ⬇ Download Torrent | The Expendables 3 2014 DVDSCR XviD VAiN | Last Month |
| 🦨 Zoink.it | The Expendables 3 2014 DVDSCR XviD VAiN | Last Month |
| ⏾ Torcache | The Expendables 3 2014 DVDSCR XviD VAiN | Last Month |

The Expendables 3 2014 DVDSCR XviD VAiN Torrent Download, Free download via HTTP available as well.

**Torrent Info**

| Name: | The Expendables 3 2014 DVDSCR XviD VAiN |
| Hash: | ef5ea1d90ae1428f7f8965d837607da26123c1a2 |
| Peers: | Seeds: 898 & Leechers: 1157 |
| Available: | Watch Free Online Movie @ Movie4u |
| Size: | 1.41 GB |
| Category: | Movies |
| Date: | 4 August 2014 |
| Share: | |

**Users Feedback**

This is verified, clean and high quality torrent (0) | Fake (0) | Password (0) | Low quality (0) | Virus (0)

**Torrent Content**                                                                 Size: 1.41 GB

- 📁 The.Expendables.3.2014.DVDSCR.XviD-VAiN
  - 🎬 sample.avi - 17.25 MB
  - ℹ VAiN.nfo - 1.64 KB
  - 🎬 The.Expendables.3.2014.DVDSCR.XviD-VAiN.avi - 1.39 GB

Please note that this page does not hosts or makes available any of the listed filenames. You cannot download any of those files from here. This list is automatically generated from a "torrent" file which is simply metadata for the bittorrent protocol. You cannot download the "torrent" file from here either. We don't even cache it. If you are lucky the "torrent" file might still be available on the pages where we found it. There is a list of URLs on top of this page where you might want to start your search. Those domains are completely independent; we have absolutely no control over them. Please don't blame us if your monitor explodes.

**User Comments**

No Comments Posted yet about : "The Expendables 3 2014 DVDSCR XviD VAiN"

Please Login or Create a FREE Account to Post Comments

| Related Torrents | | | | | |
|---|---|---|---|---|---|
| The Expendables 3 2014 DVDSCR XviD VAiN | | Last Month | 1.41 GB | 5 | 26 |
| The Expendables 3 2014 DVDSCR XviD VAiN | | Last Month | 1.41 GB | 109 | 94 |
| The Expendables 3 2014 DVDSCR XviD VAiN | | Last Month | 1.41 GB | 10 | 7 |
| The Expendables 3 2014 DVDSCR XviD VAiN | | Last Month | 1.41 GB | 194 | 235 |
| The Expendables 3 2014 DVDSCR XviD VAiN | | 30 days ago | 1.41 GB | 479 | 618 |



71 online users

COPYRIGHT © 2013 TorrentDownload.ws

torrentdownload.biz/The-Expendables-3-%282014%29-HD-720p-Dual-Audio-%5BHindi-English%5D-RANS/4b8c71ef9d8379da46c1d4cae19a159ba8118e32



| Home | Latest Torrents | Top Torrents | Tags | | Profile | Help |

Search here...                                   Search Torrents

**The Expendables 3 (2014) HD 720p Dual Audio [Hindi English] RANS Torrent Download**   Added 18 days ago

| Download Torrent | The Expendables 3 (2014) HD 720p Dual Audio [Hindi-English] .. | 18 days ago |
| Zoink.it | The Expendables 3 (2014) HD 720p Dual Audio [Hindi-English] .. | 18 days ago |
| Torcache | The Expendables 3 (2014) HD 720p Dual Audio [Hindi-English] .. | 18 days ago |

The Expendables 3 (2014) HD 720p Dual Audio [Hindi English] RANS Torrent Download, Free download via HTTP available as well.

### Torrent Info

| | |
|---|---|
| Name: | The Expendables 3 (2014) HD 720p Dual Audio [Hindi English] RANS |
| Hash: | 4b8c71ef9d8379da46c1d4cae19a159ba8118e32 |
| Peers: | Seeds: 889 & Leechers: 1359 |
| Available: | Watch Free Online Movie @ Movie4u |
| Size: | 1.19 GB |
| Category: | Movies |
| Date: | 24 August 2014 |
| Share: | |

### Users Feedback

This is verified, clean and high quality torrent (0) | Fake (0) | Password (0) | Low quality (0) | Virus (0)

### Torrent Content                                                                Size: 1.19 GB

📁 The Expendables 3 (2014) HD 720p Dual Audio [Hindi-English] RANS CLUBZ - GenieHD
  📄 The Expendables 3 (2014) HD 720p Dual Audio [Hindi-English] RANS CLUBZ - GenieHD.mkv - 1.17 GB
  📄 Sample - The Expendables 3 (2014) HD 720p Dual Audio [Hindi-English] RANS CLUBZ - GenieHD.mkv - 19.29 MB

Please note that this page does not hosts or makes available any of the listed filenames. You cannot download any of those files from here. This list is automatically generated from a ".torrent" file which is simply metadata for the bittorrent protocol. You cannot download the ".torrent" file from here either. We don't even cache it. If you are lucky the ".torrent" file might still be available on the pages where we found it. There is a list of URLs on top of this page where you might want to start your search. Those domains are completely independent; we have absolutely no control over them. Please don't blame us if your monitor explodes.

### User Comments

No Comments Posted yet about : "The Expendables 3 (2014) HD 720p Dual Audio [Hindi English] RANS"

Please Login or Create a FREE Account to Post Comments

### Related Torrents

| | | | | |
|---|---|---|---|---|
| The Expendables 3 (2014) HD 720p Dual Audio [Hindi English] RANS CLUBZ GenieHD | 15 days ago | 1.19 GB | 111 | 103 |
| [PC]The Expendables 3 (2014) HD 720p Dual Audio [Hindi English].mkv | 6 days ago | 1.17 GB | 152 | 291 |
| The Expendables 2 (2012) Hindi Dubbed Blu-Ray Rip HD 720p Dual Audio (Hindi / En.. | 1 Year+ | 755.87 MB | 1 | 270 |
| The Expendables 2 BRRip 720p Dual Audio Hindi Eng@Mastitorrents | 1 Year+ | 745.52 MB | 9 | 20 |
| The Expendables 2 (2012) 720p Dual Audio Hindi Eng | 1 Year+ | 1000.63 MB | 0 | 6 |

71 online users

COPYRIGHT © 2013 TorrentDownload.ws

torrentdownload.biz/The-Expendables-3-2014-1080p-HDRIP-x264-Pimp4003/A225899AD565D7BD127EF56C0329078C39339664



| Home | Latest Torrents | Top Torrents | Tags | | Profile | Help |

Search here:                                                Search Torrents

### The Expendables 3 2014 1080p HDRIP x264 Pimp4003 Torrent Download — Added Last Month

| | | |
|---|---|---|
| Download Torrent | The Expendables 3 2014 1080p HDRIP x264 Pimp4003 | Last Month |
| Zoink.it | The Expendables 3 2014 1080p HDRIP x264 Pimp4003 | Last Month |
| Torcache | The Expendables 3 2014 1080p HDRIP x264 Pimp4003 | Last Month |

The Expendables 3 2014 1080p HDRIP x264 Pimp4003 Torrent Download. Free download via HTTP available as well.

### Torrent Info

- **Name:** The Expendables 3 2014 1080p HDRIP x264 Pimp4003
- **Hash:** A225899AD565D7BD127EF56C0329078C39339664
- **Peers:** Seeds: 845 & Leechers: 1006
- **Available:** Watch Free Online Movie @ Movie4u
- **Size:** 1.87 GB
- **Category:** Movies > Highres Movies
- **Date:** 1 August 2014
- **Share:**

### Users Feedback

This is verified, clean and high quality torrent (0) | Fake (0) | Password (0) | Low quality (0) | Virus (0)

### Torrent Content — Size: 1.87 GB

- The Expendables 3 2014 1080p HDRIP x264 Pimp4003
  - [WWW.PIMP4003.NET] The Expendables 3 2014 1080p HDRIP x264 Pimp4003.mp4 - 1.87 GB
  - Torrent Downloaded From Pimp4003.net.txt - 38 bytes
  - Torrent downloaded from demonoid.ph.txt - 46 bytes

Please note that this page does not hosts or makes available any of the listed filenames. You cannot download any of those files from here. This list is automatically generated from a ".torrent" file which is simply metadata for the bittorrent protocol. You cannot download the ".torrent" file from here either. We don't even cache it. If you are lucky the ".torrent" file might still be available on the pages where we found it. There is a list of URLs on top of this page where you might want to start your search. Those domains are completely independent; we have absolutely no control over them. Please don't blame us if your monitor explodes.

### User Comments

No Comments Posted yet about : "The Expendables 3 2014 1080p HDRIP x264 Pimp4003"

Please Login or Create a FREE Account to Post Comments

### Related Torrents

| | | | | | |
|---|---|---|---|---|---|
| The Inbetweeners 2 2014 1080p HDRip x264 Pimp4003 | | 17 days ago | 2.72 GB | 198 | 105 |
| The Double 2014 1080p HDRip x264 KingStoner | | 4 months ago | 5.34 GB | 16 | 81 |
| A Million Ways to Die in the West 2014 1080p HDRip x264 YQWP | | 4 months ago | 944.6 MB | 0 | 0 |
| Get On Up 2014 1080p HDRip x264 Pimp4003 | | 24 days ago | 2.3 GB | 66 | 25 |
| A Million Ways To Die In The West 2014 720p HDRip x264 Pimp4003 | | 12 days ago | 2.22 GB | 112 | 57 |



72 online users

COPYRIGHT © 2013 TorrentDownload.ws







PROOF OF SERVICE

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On September 16, 2014, I served the following document(s):

**DECLARATION OF EDWARD CHO IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER EXPLICITLY CONFIRMING THAT THE COURT'S PRELIMINARY INJUNCTION APPLIES TO ADDITIONAL INFRINGING WEBSITES**

upon *defendants* in this action by means of electronic delivery to the following email addresses:

kof_javed@hotmail.com;
dmca@billionuploads.com;
admin@billionuploads.com;
abuse@hulkfile.com;
John.arsenault@frontrangelegalservices.com
swankshare@gmail.com;
DOTSEMPER.COM@domainsbyproxy.com
freshwap@hotmail.com
quasi-mundo@hotmail.com

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on September 16, 2014, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

Muhammad Javed Ashraf d/b/a <limetorrents.com>
Iwebspro
428-N, Samanabad
Lahore
Punjab 54700
Pakistan

1

| John Arsenault | Counsel for dmca@played.to |
|---|---|
| Wessels & Arsenault LLC<br>1333 West 120th Avenue Suite 219<br>Westminster, CO 80234-2713 | |

2

3

4

5    I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP
for collection and processing of correspondence for mailing, said practice being that
6 in the ordinary course of business, mail is deposited in the United States Postal
Service the same day as it is placed for collection. I am aware that on motion of party
7 served, service is presumed invalid if postal cancellation date or postage meter date is
more than one day after deposit for mailing in affidavit.
8

9    I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 16, 2014 at Beverly Hills, California.
10

11                                                          *(signature)*
                                          Patricia Cloutier
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-