1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., | Case No. 2:14-cv-06033-MMM-AGR |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| JOHN DOES 1-10 inclusive, d/b/a, <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>, <swankshare.com> and <dotsemper.com>, *et al.*, | |
| Defendants. | |

1    This matter came on before the Court on the *ex parte* application of Lions Gate

2    Films Inc. ("Lions Gate") for an order explicitly confirming that the Preliminary

3    Injunction entered by the Court on August 8, 2014 (the "Preliminary Injunction")

4    applies to the websites limetorrents.net and torrentdownload.biz.

5    The Preliminary Injunction enjoined all of the defendants in this case as well as

6    their officers, agents, servants, employees, and attorneys, and all other persons who

7    are in active concert or participation with them, including but not limited to persons

8    and entities providing any services to or in connection with the domain names

9    <limetorrents.com>, <billionuploads.com>, <hulkfile.eu> <played.to>,

10   <swankshare.com> and/or <dotsemper.com> or the websites to which any of those

11   domain names resolve.  Through its *ex parte* application, Lions Gate seeks an order

12   confirming that the Preliminary Injunction applies with respect to the websites

13   <limetorrents.net> and <torrentdownload.biz>.

14   Lions Gate has presented evidence that both <limetorrents.net> and

15   <torrentdownload.biz> are being used to infringe Lions Gate's exclusive rights in the

16   feature film "*The Expendables 3*".  Lions Gate has also presented evidence that

17   <limetorrents.net> and <torrentdownload.biz> are being operated by the defendant(s)

18   who operate the website <limetorrents.com>.

19   Based on this evidence, the Court finds that <limetorrents.net> and

20   <torrentdownload.biz> are owned and/or operated by the defendant operator(s) of

21   <limetorrents.com> and are being used to infringe Lions Gate's rights.  Accordingly,

22   in accordance with 17 U.S.C. § 502(a), Fed.R.Civ.P. 65(d)(2), Paragraph 5 of the

23   Preliminary Injunction and the Court's inherent authority, the Court hereby GRANTS

24   Lions Gate's application and ORDERS that the Preliminary Injunction, including

25   every provision thereof, explicitly applies with respect to the websites

26   <limetorrents.net> and <torrentdownload.biz>.  Nothing in this Order is intended to

27   or shall be construed to limit the breadth of the Preliminary Injunction in any way.

28   / / /

1        Lions Gate shall give notice of this Order to the defendants as specified in

2    Paragraph 4 of the Preliminary Injunction, and shall file a declaration attesting to its

3    compliance with this requirement no later than _____.

4

5        **IT IS SO ORDERED**.

6

7    Date: September ___, 2014

8

9

10                                            _____

11                                           Hon. Margaret M. Morrow
                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                                                      - 2 -
CASE NO. 2:14-CV-06033-MMM-AGR

PROOF OF SERVICE

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On September 16, 2014, I served the following document(s):

**(PROPOSED) ORDER RE EX PARTE APPLICATION**

upon *defendants* in this action by means of electronic delivery to the following email addresses:

> kof_javed@hotmail.com;
> dmca@billionuploads.com;
> admin@billionuploads.com;
> abuse@hulkfile.com;
> John.arsenault@frontrangelegalservices.com
> swankshare@gmail.com;
> DOTSEMPER.COM@domainsbyproxy.com
> freshwap@hotmail.com
> quasi-mundo@hotmail.com

As of the filing of this declaration, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on September 16, 2014, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

Lucas Lim d/b/a <swankshare.com>
Blk 812 Tampines Ave. 4
#06-219
Singapore 520812
Singapore

Muhammad Javed Ashraf d/b/a <limetorrents.com>
Iwebspro
428-N, Samanabad
Lahore
Punjab 54700
Pakistan

| John Arsenault<br>Wessels & Arsenault LLC<br>1333 West 120th Avenue Suite 219<br>Westminster, CO 80234-2713 | Counsel for dmca@played.to |
|---|---|

I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2014 at Beverly Hills, California.

Patricia Cloutier

- 2 -