KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

JOSEPH PETERSEN (admitted *pro hac vice*)
JPetersen@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: 212-775-8700
Facsimile: 212-775-8800

Attorneys for Plaintiff
LIONS GATE FILMS INC.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., <br><br>Plaintiff, <br><br>v. <br><br>AHMED SALEH, an individual; AMIEL ELBAR, an individual; MUHAMMAD JAVED ASHRAF, an individual; TOM MESSCHENDORP, an individual; JEROME GILLAN, an individual; LUCAS LIM, an individual; and JOHN DOES 1-4, inclusive, <br><br>Defendants. | Case No. 2:14-cv-06033-MMM-AGR <br><br>**EX PARTE APPLICATION FOR LEAVE TO SERVE DEFENDANTS MUHAMMAD JAVED ASHRAF, AMIEL ELBAR, TOM MESSCHENDORP AND LUCAS LIM WITH PROCESS BY ELECTRONIC MAIL** |

Pursuant to Federal Rule of Civil Procedure 4(f)(3) and Local Rule 7-19, plaintiff Lions Gate Films, Inc. respectfully submits this *ex parte* application for an order authorizing it to effect service of process on defendants Muhammad Javed Ashraf, Amiel Elbar, Tom Messchendorp and Lucas Lim by electronic mail.

This application is supported by the memorandum of points and authorities and declaration of Christopher Varas submitted herewith, and any other documents or materials the Court may consider prior to ruling on the application.

Lions Gate provided the defendants with notice of this application as set forth in the accompanying Declaration of Christopher Varas.

To Lions Gate's knowledge, the only defendant in this matter who is represented by counsel is Jerome Gillan, who is not at issue in this application. Counsel for Mr. Gillan is:

John Arsenault
Wessels & Arsenault LLC
1333 West 120th Avenue Suite 219
Westminster, CO 80234-2713
(303) 459-7898
John.arsenault@frontrangelegalservices.com

Mr. Arsenault received verbal notice of this application at approximately 10:45 a.m. Pacific Time on Wednesday, January 21, 2015. Mr. Arsenault has stated that he does not intend to oppose this application.

DATED: January 21, 2015      Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:   /s/ Dennis L. Wilson
      DENNIS L. WILSON

Attorneys for Plaintiff
Lions Gate Films Inc.

APPLICATION FOR LEAVE TO SERVE DEFENDANTS BY EMAIL                              - 1 -
CASE NO. 2:14-CV-06033-MMM-AGR

PROOF OF SERVICE

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Kilpatrick Townsend & Stockton LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On **January 21, 2015**, I served the following document(s):

**EX PARTE APPLICATION FOR LEAVE TO SERVE DEFENDANTS MUHAMMAD JAVED ASHRAF, AMIEL ELBAR, TOM MESSCHENDORP AND LUCAS LIM WITH PROCESS BY ELECTRONIC MAIL**

upon *defendants* in this action by means of electronic delivery to the following email addresses:

    kof_javed@hotmail.com;
    dmca@billionuploads.com;
    admin@billionuploads.com;
    John.arsenault@frontrangelegalservices.com
    swankshare@gmail.com;
    DOTSEMPER.COM@domainsbyproxy.com
    freshwap@hotmail.com
    quasi-mundo@hotmail.com

Upon the <hulkfile.eu> defendants in this action by means of electronic delivery to the following email addresses:

    webmaster@nilehoster.com; billing@nilehoster.com; nilehosterpay2@yahoo.com; mynewppacct@yahoo.com; nilehosterpay@yahoo.com; pay4voka@gmail.com

As of the filing I have received notice that delivery failed to the following addresses: nilehosterpay2@yahoo.com; and nilehosterpay@yahoo.com, except for those addresses, I have not received any electronic message or other indication that the transmissions were unsuccessful.

Also on **January 21, 2015**, I caused an envelope containing a true copy of the above documents, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California, for international service upon the below-referenced defendants with addresses as follows:

    Lucas Lim d/b/a <swankshare.com>
    Blk 812 Tampines Ave. 4
    #06-219
    Singapore 520812
    Singapore

PROOF OF SERVICE - 1 -

| | |
|---|---|
| Muhammad Javed Ashraf d/b/a <limetorrents.com><br>Iwebspro<br>428-N, Samanabad<br>Lahore<br>Punjab 54700<br>Pakistan | |
| John Arsenault<br>Wessels & Arsenault LLC<br>1333 West 120th Avenue Suite 219<br>Westminster, CO 80234-2713 | Counsel for dmca@played.to |

    I am readily familiar with the practice of Kilpatrick Townsend & Stockton LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on **January 21, 2015** at Beverly Hills, California.

*/s/ Patricia Cloutier*
Patricia Cloutier

PROOF OF SERVICE                                                                 -2-