



FILED
CLERK, U.S. DISTRICT COURT
7/10/15
CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lions Gate Films Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV14-6033-MMM AGRx |
| v. | |
| John Does | RECEIPT FOR FOREIGN SERVICE FROM UNITED STATES POST OFFICE RE COMPLAINT |
| DEFENDANT(S). | |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA119926
Cashier ID: mtcash
Transaction Date: 07/10/2015
Payer Name: COUNTY LEGAL SERVICE INC
-----------------------------------
MISCELLANEOUS FEES
 For: COUNTY LEGAL SERVICE INC
 Case/Party: D-CAC-2-14-CV-006033-001
 Amount:        $24.00
-----------------------------------
CHECK
 Check/Money Order Num: 9090
 Amt Tendered: $24.00
-----------------------------------
Total Due:     $24.00
Total Tendered: $24.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

CV-75 (06/07)          RECEIPT FOR FOREIGN SERVICE FROM U.S. POST OFFICE RE COMPLAINT



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
t 310-248-3830 f 310-860-0363

June 12, 2015

direct dial 310 777 3734
acaviles@kilpatricktownsend.com

**VIA MESSENGER**

U.S. District Court
Attn: Civil Intake
312 North Spring Street
Los Angeles, CA 90012-4701

*[handwritten annotation:* please DAVID GARCIA 1 323 490 0385 call for price quote*]*

Re: LIONS GATE FILMS INC. v. AHMED SALEH; CASE NO. 2:14-CV-06033-MMM-AGR
REQUEST FOR SERVICE ON FOREIGN DEFENDANT

Dear Madam or Sir:

Pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedures (FRCP):

*(f) Serving an Individual in a Foreign Country.*
...
*(ii) using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt*

would you kindly effect service of the enclosed package (containing the Summons, First-Amended Complaint and Status Report Re: Service of Process Pursuant to Fed Rule of Civ Proc 4(m)) on this defendant? For your convenience we are providing the enclosed envelope and pre-addressed, prepaid UPS overnight label addressed to Amiel Elbar, d/b/a Litchi Websites Holdings Ltd., HaRehasim St. 47, Ramat Gan Israel 52347. Please do not hesitate to contact us with any questions or concerns.

Thank you so much.

Very truly yours,

*Angelina Caviles*
Angelina Caviles for
Christopher T. Varas

/ac
Encl.

ATLANTA  AUGUSTA  CHARLOTTE  DENVER  DUBAI  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO  SAN FRANCISCO
SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TAIPEI  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

| Registered No. RE158985598US | | | Date Stamp |
|---|---|---|---|
| Reg. Fee | $6.28 | | |
| Handling Charge | $13.95 | Return Receipt $0.00 | STA. L.A., CA 90053-9998 JUL 07/09/15 2015 FINANCE USPS |
| Postage | $3.85 | Restricted Delivery $0.00 | |
| Received by | $0.00 | $0.00  $24.08 | |
| Customer Must Declare Full Value $ $0.00 | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

**OFFICIAL USE**

FROM:
United States District Court
312 N. Spring St
Los Angeles, Ca 90012
90012

TO:
Amnie Israel/bar dbA Litchi websites
Holdings Ltd, HaRehasim St. 47
Ramat Gan Israel
52347

PS Form **3806**, **Receipt for Registered Mail**  Copy 1 - Customer
May 2007 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**RETAIN THIS RECEIPT IN CASE OF LOSS OR DAMAGE TO THE MAIL ITEM**

**Declaration of Value:** You must declare the full value of each Registered Mail™ article at the time of mailing.

**Insurance Coverage:**
**Domestic:** Insurance up to $25,000 is included in the Registered Mail fee. Indemnity is limited to the amount of declared value. Insurance is provided only in accordance with Postal Service™ regulations in the Domestic Mail Manual (DMM®) which sets forth the specific types of coverage, terms of insurance, and conditions of payment. Copies of the DMM are available at any Post Office™ and online at http://pe.usps.gov®. Limitations on coverage include, but are not limited to, the following:

Coverage extends to the least of (1) the actual (depreciated) value of the contents at the time of mailing, (2) the cost of repairs, or (3) the limit fixed for the insurance coverage obtained.

No coverage is provided for articles improperly packaged or too fragile to withstand normal handling, concealed damage, spoilage of perishable items, prohibited articles, consequential losses, or delay.

Other limitations are set forth in the DMM. Coverage terms and limitations are subject to change.

**International:** Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. See the International Mail Manual (IMM®) and Individual Country Listings at any Post Office or online at http://pe.usps.gov for limitations of coverage, prohibitions, and restrictions. Claims for damage and loss of contents may be payable to the addressee only.

**Filing Claims:**
**Domestic:** Indemnity claims for loss (article not received) can be filed after 15 days from the date the article was mailed, but no later than 180 days from that date. All claims for damage or missing contents should be filed immediately, but no later than 60 days from the date of mailing. PS Form 1000, *Domestic Claim or Registered Mail Inquiry*, is available from any Post Office or at www.usps.com. Present the following documentation in support of your claim to any Post Office: (1) completed Section A of the PS Form 1000, (2) dated PS Form 3806, *Receipt for Registered Mail*, and (3) evidence of value (i.e. sales slip, receipt, or repair estimate) and any evidence of damage (damaged article with mailing container, including any wrapping, packaging, and any other contents that were received).

**International:** To initiate an inquiry for loss, damage, or loss of contents, call 800-222-1811 (have mailing details available). Inquiries and claims for loss of the registered item must be filed within 6 months of the date of mailing. Claims for damage and complete or partial loss of contents must be filed immediately. In the case of damage or loss of contents, the addressee must present the damaged article with mailing container (including any wrapping, packaging, and any other contents that were received) to the destination administration immediately.

PS Form **3806**, May 2007, *(Customer Copy - Reverse)*

```
      Federal Finance Post Office
         LOS ANGELES, California
                900129997
              0545300012-0099
    07/09/2015 (800)275-8777 10:19:05 AM

    ————————— Sales Receipt —————————
    Product           Sale Unit       Final
    Description       Qty  Price      Price

    Israel - FCMI Large Envelope     $6.28
    4.70 oz.
        Registered                  $13.95
     Insured Value:         $0.00
     Article Value:         $0.00
     Label #:
     RE158985598US
     Return Receipt                  $3.85
     Customer Postage              -$24.08
     Subtotal:                       $0.00
                                    ═══════
    Total:                           $0.00

    Paid by:

    "" Save this receipt as evidence of
    insurance. For information on filing
    an insurance claim go to
    usps.com/ship/file-international-claim
    s.htm.

    Order stamps at usps.com/shop or
    call 1-800-Stamp24. Go to
    usps.com/clicknship to print
    shipping labels with postage. For
    other information call
    1-800-ASK-USPS.
    ****************************************
    ****************************************
    Get your mail when and where you
    want it with a secure Post Office
    Box. Sign up for a box online at
    usps.com/poboxes.
    ****************************************
    ****************************************

    Please visit www.usps.com(R) to
    complete International Mail customs
    forms online and to ship packages
    from your home or office using
    Click-N-Ship(R) service.

    Bill#:1000101159969
    Clerk:16

    All sales final on stamps and postage
     Refunds for guaranteed services only
        Thank you for your business
    ————————————————————————————————————————

         HELP US SERVE YOU BETTER

        TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                   Go to:
         https://postalexperience.com/Pos

       Or scan this code with your mobile
                   device.
```

