KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (State Bar No. 129668)
LMcFarland@kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:  310-248-3830
Facsimile:   310-860-0363

Attorneys for Plaintiff
LIONS GATE FILMS INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LIONS GATE FILMS INC., <br><br> Plaintiff, <br><br> v. <br><br> AHMED SALEH, an individual; AMIEL ELBAR, an individual; MUHAMMAD JAVED ASHRAF, an individual; TOM MESSCHENDORP, an individual; JEROME GILLAN, an individual; LUCAS LIM, an individual; and JOHN DOES 1-4, inclusive, <br><br> Defendants. | Case No. 2:14-cv-06033-MMM-AGR <br><br> **DECLARATION OF SERVICE OF PROCESS** |


I, Jessica Wilson, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.  I am employed by Kilpatrick Townsend & Stockton, LLP. I am over the age of eighteen and am not a party to this action. I have personal knowledge of the matters stated herein and would competently testify thereto if called upon to do so.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of an email I transmitted to Lucas Lim at the email address swankshare@gmail.com on May 29, 2015, attaching the Court's order authorizing service of process on Defendant Lim by electronic mail as well as the First Amended Complaint and the Summons as to Mr. Lim. Exhibit 1 also includes the automated response I received confirming that delivery to the email address was completed. I did not receive any further response or correspondence regarding this email.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of an email I transmitted to Muhammad Javed Ashraf at the email addresses kof_javed@hotmail.com and freshwap@hotmail.com on May 29, 2015, attaching the Court's order authorizing service of process on Defendant Ashraf by electronic mail as well as the First Amended Complaint and the Summons as to Mr. Ashraf. Exhibit 2 also includes the automated response I received confirming that delivery to the email addresses was completed. I did not receive any further response or correspondence regarding this email.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of an email I transmitted Tom Messchendorp at the email address quasi-mundo@hotmail.com on May 29, 2015, attaching the Court's order authorizing service of process on Defendant Messchendorp by electronic mail as well as the First Amended Complaint and the Summons as to Mr. Messchendorp in both English and Spanish, with a translation certificate for these documents. Exhibit 3 also includes the automated

//
//

DECLARATION OF SERVICE - 1 -
CASE NO. 2:14-CV-06033-MMM-AGR

response I received confirming that delivery to the email address was completed. I did not receive any further response or correspondence regarding this email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of November, 2015 at Seattle, Washington.

Jessica Wilson

DECLARATION OF SERVICE
CASE NO. 2:14-CV-06033-MMM-AGR

- 2 -

| | |
|---|---|
| From: | Wilson, Jessica |
| To: | swankshare@gmail.com |
| Cc: | Varas, Christopher |
| Bcc: | 915312 - JOHN DOE LITIGATION |
| Subject: | Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. |
| Date: | Friday, May 29, 2015 3:48:59 PM |
| Attachments: | 2015-05-22 (DKT 51) Order Granting Ex Parte App..pdf<br>2014 12 09 (Dkt 45) First Amended Complaint.pdf<br>Summmons-Lucas Lim.pdf |
| Importance: | High |

Dear Lucas Lim:

As you know you have been named as a defendant in civil case 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. Enclosed for service please find the following documents:

1. The Court's order authorizing service of process on you by electronic mail;
2. A copy of the operative First Amended Complaint;
3. The summons issued by the Court.

Sincerely,



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Jessica Wilson**
Legal Secretary
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA 98101
office 206 626 7701 | fax 206 770 7296
jewilson@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

Exhibit 1
3

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | swankshare@gmail.com |
| **Subject:** | Relayed: Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. |
| **Date:** | Wednesday, November 18, 2015 10:02:58 AM |
| **Importance:** | High |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
HYPERLINK "mailto:swankshare@gmail.com"swankshare@gmail.com
Subject: Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al.

Exhibit 1
4

| | |
|---|---|
| From: | Wilson, Jessica |
| To: | kof_javed@hotmail.com; freshwap@hotmail.com; Caplan, David; Wilson, Dennis |
| Cc: | Varas, Christopher |
| Bcc: | 915312 - JOHN DOE LITIGATION |
| Subject: | Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. |
| Date: | Friday, May 29, 2015 3:52:19 PM |
| Attachments: | 2015-05-22 (DKT 51) Order Granting Ex Parte App..pdf |
| | 2014 12 09 (Dkt 45) First Amended Complaint.pdf |
| | Summmons-Muhammad Javed Ashraf.pdf |
| Importance: | High |

Dear Muhammad Javed Ashraf:

As you know you have been named as a defendant in civil case 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. Enclosed for service please find the following documents:

1. The Court's order authorizing service of process on you by electronic mail;
2. A copy of the operative First Amended Complaint;
3. The summons issued by the Court.

Sincerely,



**Jessica Wilson**
Legal Secretary
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA 98101
office 206 626 7701 | fax 206 770 7296
jewilson@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

Exhibit 2
5

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | freshwap@hotmail.com; kof_javed@hotmail.com |
| **Subject:** | Relayed: Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. |
| **Date:** | Friday, May 29, 2015 3:52:46 PM |
| **Importance:** | High |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
HYPERLINK "mailto:freshwap@hotmail.com"freshwap@hotmail.com
HYPERLINK "mailto:kof_javed@hotmail.com"kof_javed@hotmail.com
Subject: Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al.

Exhibit 2
6

| | |
|---|---|
| **From:** | Wilson, Jessica |
| **To:** | quasi-mundo@hotmail.com |
| **Cc:** | Varas, Christopher |
| **Bcc:** | 915312 - JOHN DOE LITIGATION |
| **Subject:** | Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. |
| **Date:** | Friday, May 29, 2015 3:50:22 PM |
| **Attachments:** | 2015-05-22 (DKT 51) Order Granting Ex Parte App..pdf |
| | 2014 12 09 (Dkt 45) First Amended Complaint.pdf |
| | 2014 12 09 (Dkt 45) First Amended Complaint_2_14-cv-06033-MMM-AGR_Spanish.pdf |
| | Summmons-Tom Messchendorp.pdf |
| | Summons_2_14-cv-06033-MMM-AGR_Spanish.pdf |
| | Certification_2_14-cv-06033-MMM-AGR_Carlos Serrano.pdf |
| **Importance:** | High |

Dear Tom Messchendorp:

As you know you have been named as a defendant in civil case 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. Enclosed for service please find the following documents:

1. The Court's order authorizing service of process on you by electronic mail;
2. A copy of the operative First Amended Complaint [in both English and Spanish];
3. The summons issued by the Court [in both English and Spanish];
4. The translation certificate for the First Amended Complaint and Summons

Sincerely,



**Jessica Wilson**
Legal Secretary
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA 98101
office 206 626 7701 | fax 206 770 7296
jewilson@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

Exhibit 3
7

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | quasi-mundo@hotmail.com |
| **Subject:** | Relayed: Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al. |
| **Date:** | Friday, May 29, 2015 3:51:05 PM |
| **Importance:** | High |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
HYPERLINK "mailto:quasi-mundo@hotmail.com"quasi-mundo@hotmail.com
Subject: Service of Process: 2:14-cv-06033-MMM-AGR; Lions Gate Films, Inc. v. Ahmed Saleh, et al.

Exhibit 3
8