# United States District Court
# Central District of California

| | |
|---|---|
| LIONS GATE FILMS INC., <br><br> Plaintiff, <br><br> v. <br><br> AHMED SALEH, *et al.*, <br><br> Defendants. | Case No. 2:14-CV-06033-ODW-AGR <br><br> **ORDER TO SHOW CAUSE RE: SERVICE** |

On or before **April 11, 2016**, Plaintiff is **ORDERED** to **SHOW CAUSE**, in writing, why Defendant Amiel Elbar should not be dismissed for failure to prosecute and/or effect service. No hearing will be held. The Court will discharge this Order upon the filing of a proof of service of summons.

**IT IS SO ORDERED.**

March 28, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**